ORIGINAL

FILED
APR 1 4 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**LAKELAND PARTNERS, L.L.C.**
**d/b/a LAKELAND NURSING HOME**

**V.**

**THE UNITED STATES**

06-295 C

**COMPLAINT**

1.

This court has jurisdiction pursuant to 41 U.S.C. § 609(a)(1).

2.

Petitioner, Lakeland Partners, L.L.C. is a Louisiana limited liability company, which owns and operates Lakeland Nursing Home in Pineville, Louisiana.

3

In April 2004, Lakeland Nursing Home of Pineville, Louisiana, (Lakeland) was contacted regarding the care of I.N.S. detainee Duncan Nyanjong.

4.

Nyanjong was suffering from HIV, dementia, seizure disorder, and respiratory failure. *See* Request for Medical Eligibility Determination, attached hereto as Exhibit A.

5.

On behalf of the U.S. Immigration and Customs Enforcement (ICE) and

the Division of Immigration Health Services (DIHS), Jay Seligman negotiated the terms of Nyanjong's placement at Lakeland.

6.

Lakeland and Mr. Seligman agreed that the monthly rate would be $2,964 plus pharmacy costs; any additional costs outside the normal services provided would need prior approval by DIHS.

7.

In connection with the admission of Nyanjong, Mr. Seligman completed the Request for Medical Eligibility Determination, wherein he indicated that DIHS would be the responsible party for payment. *See* Request for Medical Eligibility Determination, attached hereto as Exhibit A.

8.

Mr. Seligman also indicated that Nyanjong's placement at Lakeland was "permanent." *Id.*

9.

Mr. Seligman also personally assured Hank Cooley, the Lakeland administrator, that DIHS/ICE would pay all costs associated with Nyanjong's care.

10.

On May 12, 2004, Lakeland received Nyanjong as a patient.

11.

Lakeland treated Nyanjong without incident until January 15, 2005, when a nurse found him on the floor and unresponsive.

12.

Nyanjong was transferred to Huey P. Long Hospital, which diagnosed him with respiratory failure and placed him in the ICU on a ventilator.

13.

On February 4, 2005, Nyanjong was returned to Lakeland, too weak to ambulate or take are of himself.

14.

Nyanjong was wheelchair-bound and too weak to ambulate; he could not feed, clean, or otherwise care for himself; mentally he was unable to understand anything beyond simple commands.

15.

As a result of Nyanjong's admission to Huey P. Long Hospital, DIHS caused ICE to reconsider Nyanjong's status.

16.

It appears that ICE went before an immigration judge and requested and received an order to release Nyanjong because he was too sick.

17.

In February 2005, Christopher Jacobs with ICE informed Lakeland that

Nyanjong was going to be discharged effective March 1, 2005, because Nyanjong was no longer a threat to society.

18.

Lakeland requested a 30-day extension in order to locate another facility to care for Nyanjong, or another payor source.

19.

Eventually, Mr. Jacobs faxed to Lakeland an Order to Release Nyanjong on April 1, 2005. *See* Order to Detain or Release Alien, attached hereto as Exhibit B.

20.

Licensing standards for nursing homes, as well as Medicare and Medicaid regulations, prevented Lakeland from simply discharging Nyanjong, a patient unable to care for himself.

21.

Nyanjong's mental condition prevented Lakeland from conveying notice of discharge. Additionally, Lakeland was unable to locate any known family member.

22.

Further, Louisiana Medicaid precludes coverage to non-citizens, and social security disability is necessary to qualify for Medicaid.

23.

Lakeland contacted a variety of nursing homes, hospice agencies, and

indigent pharmacy agencies, all of whom refused to accept Nyanjong or otherwise contribute to his care.

24.

As of March 2005, ICE/DIHS ceased reimbursement to Lakeland.

25.

However, Mr. Seligman on behalf of ICE/DIHS had promised to Lakeland that payment for Nyanjong's care would be guaranteed by ICE/DIHS.

26.

Further, the contract entered into between ICE/DIHS unequivocally stated that Nyanjong's care was "permanent," without exception or qualification. *See* Request for Medical Eligibility Determination, attached hereto as Exhibit A.

27.

ICE/DIHS never represented to Lakeland that there was even a possibility that Nyanjong's placement would not be permanent.

28.

Pursuant to the Immigration and Nationality Act, the Public Health Service Act, and the Division of Immigration Health Services' (DIHS) policies and procedures, DIHS provides or arranges healthcare services for detainees on its behalf and on behalf of the U.S. Immigration and Customs Enforcement (ICE).

29.

In fact, DIHS "serves as the primary focal point within the ICE for the

planning, management, policy formulation, program coordination, direction, and liaison for all health matters pertaining to aliens detained by ICE." *See* DIHS Policies and Procedures, Chapter 1 - Organization and Executive Direction, p. 1.

30.

Based on the foregoing, DIHS and ICE breached their contract with Lakeland.

31.

On October 7, 2005, petitioner Lakeland filed a formal written complaint with the contracting officer, Mr. Seligman, against ICE and DIHS for breach of contract with Lakeland. Lakeland also filed that complaint with Christopher Jacobs and William Cleary of the U.S. Immigration and Customs Enforcement, Division of Detention and Removal. *See* Formal Claim, attached hereto as Exhibit C.

32.

In accordance with 41 U.S.C. § 605, petitioner requested that a decision be rendered within 60 days.

33.

No action has been taken and no decision has been rendered on Lakeland's claim. Therefore, pursuant to 41 U.S.C. 605(c)(5), Lakeland has deemed the claim denied.

34.

Mr. Nyanjong died on March 6, 2006.

35.

Lakeland's cost of care for Nyanjong was $2,964/month.

36.

Lakeland also incurred costs for room and board, pharmacy costs, lab costs, and approximately $1,000 in costs from other hospitals, and approximately $300 in costs is owed to Nyanjong's physician.

37.

In total, Lakeland incurred approximately $49,500.00 in costs and expenses for the care of Mr. Nyanjong.

WHEREFORE, petitioner Lakeland Nursing Home prays that this court grant relief as follows:

(1) By declaring that the U.S. Immigration and Customs Enforcement and/or the Division of Immigration Health Services breached its contract with Lakeland Nursing Home;

(2) By ordering the U.S. Immigration and Customs Enforcement and/or the Division of Immigration Health Services (DIHS) to pay all sums owed to Lakeland Nursing Home in the amount of $49,500.00.

Respectfully submitted,

Michael Reese Davis 4/12/06

Michael Reese Davis (La. Bar # 17529)
HYMEL DAVIS & PETERSEN, L.L.C.
15171 South Harrell's Ferry Rd., Suite C
Baton Rouge, Louisiana 70816
Phone: (225) 755-1060
Fax: (225) 755-1065

Counsel for Lakeland Nursing Home

DHSF Form 90-L
Rev. 11/00

# REQUEST [illegible] R MEDICAL ELIGIBILITY [illegible] ETERMINATION

## I. RECIPIENT INFORMATION

A. Recipient's Name: DUNCAN NYANJONG

SS #: 08-6804469 Medicaid #:

B. Address (City, State, Zip Code, Parish):
7901 FARROW ROAD
Columbia, SC 29203

C. Responsible Party/Curator: DIHS

Address (City, State, Zip Code, Parish): Managed Care Branch
1220 L STREET N.W., Suite 500
Washington, DC 20005

Telephone #:

Race: BLACK Sex: M

Date of Birth: 6/5/57

Relationship:

Telephone #: 305-552-1845 x 162

Medicare #:

D. What are/were the living arrangements: • Own home • Relative's home • (Other) Immigration facility

E. What previous institutional care (including nursing facilities) has this person received?

Facility: Columbia Care Center Date: 1/10/01

Facility: Date:

Facility: Date:

Facility: Date:

F. What Home/Community-based services have been used/considered: • ADHC • MR/DD • CC • PCA • ELDERLY • HH

G. Why were services not suitable? Pt in Immigration Custody

H. Requesting Nursing Home placement: • Temporarily (• Permanently) X

I. Applicant/~~Responsible Party Signature~~: LCDR JAY SELIGMAN 305-552-1845 x 162 Date: 4/19/04

## II. LEVEL OF CARE DETERMINATION

Institutional care is provided under classifications dependent upon the type and/or complexity of care and services rendered, as well as, the amount of time required to render the necessary care and services. The attending physician must designate the required level of care by selecting the appropriate level below. This requirement also applies to applicants requesting home or community-based waiver services to allow for a determination of the level of institutional care that would otherwise be required. Please select one of the following levels of care:

A. • Intermediate Care II ( minimum care required) - Includes some aid in activities of daily living, diversionary activities, protection from hazards and/or a minimum

(B.) • Intermediate Care I (medium care required) - Includes need for nursing care to manage a plan of care and/or more assistance with extensive personal care, ambulation, and mobilization. Pt needs cueing for Getting & ADLs

C. • Skilled Care (maximum care required) - Indicate special level, if indicated: • TDC • ID • NRTP (• Complex; • Rehab) Includes professional nursing care and assessment on a daily basis due to a serious condition which is unstable or a rehabilitative therapeutic regime requiring professional staff.

D. • ICF/MR - Requires active treatment of mental retardation or a developmental disability under supervision of a qualified mental retardation or developmental disability professional.

E. Is this person likely to need services in a medical facility (hospital, nursing facility, etc.) for at least thirty (30) consecutive days ? • (Yes) • No

F. Home/community based services are adequate to meet the needs of this patient. • Yes • (No)

G. COMMENTS:

EXHIBIT
A

## III. MEDICAL INFORMATION

Recipient's Name:

A. Diagnosis: HIV & DEMENTIA

B. Medications: (Specify dosage, frequency, and route) ALLERGIES NKA

1. AMBIEN 10 MG
2. Avandia 4 MG
3. COMBIVIR 150/300 MG
4. Glucophage 500 MG
5. VICODENES 7.5 MG 750
6. REFERENCE MAR
7.
8.
9.
10.
11.
12.

C. Recent Hospitalizations: (include psychiatric) NONE

D. Mental Status/Behavior: check Yes or No. If Yes, indicate frequency: 1 = seldom; 2 = frequent; 3 = always

- Yes (1, 2, 3) (2 circled) • No 1. Oriented
- Yes (1, 2, 3) (2 circled) • No 2. Forgetful
- Yes (1, 2, 3) (1 circled) • No 3. Depressed
- Yes (1, 2, 3) • No (circled) 4. Comatose
- Yes (1, 2, 3) (2 circled) • No 5. Confused
- Yes (1, 2, 3) • No (circled) 6. Wanders
- Yes (1, 2, 3) • No (circled) 7. Hostile
- Yes (1, 2, 3) • No (circled) 8. Combative

E. Activities of Daily Living: (check appropriate box)

- 1. Verbal (circled)
- 2. Non-verbal
- 3. Bowel Incontinence
- 4. Dentures ______
- 5. Impaired vision ______ • Glasses
- 6. Impaired hearing ______ • Hearing Aid
- 7. Bladder Incontinence ______
- 8. Urinary Catheter ______

| SELF | ASSIST | TOTAL | |
|---|---|---|---|
| (circled) | | | 10. Eating |
| | (circled) | | 11. Bathing |
| | (circled) | | 12. Personal |
| | (circled) | | 13. Oral Hygiene |
| (circled) | | | 14. Ambulation |

F. SPECIAL CARE/PROCEDURES: (check appropriate box: when appropriate give type, frequency, size, stage and site)

- 1. Ostomy care NA
- 2. Glucose Monitoring WEEKLY
- 3. Restraints NA
- 4. IV's NA
- 5. Suctioning NA
- 6. Specialized Rehab NA
- 7. MRSA NA
- 8. Diet/Tube Feeding NA
- 9. Dialysis NA
- 10. Respiratory NA
- 11. Decubitus NA
- 12. Other ______

G. PHYSICAL EXAMINATION: Height 5'7 Weight 138 Pulse 100 Resp 16 Temp 97.6 B/P 120/80

Lab Results: HCT 27.7 HGB 9.2 U/A negative Radiology chest x-ray 10/30/03 No evidence

General Good

Head and CNS Good

Mouth and EENT Good

Chest Good

Heart and Circulation Good

Abdomen Good

Genitalia Good

Extremities Good

Skin AREA BEHIND LEFT EAR (RESOLVED)

Other ______

H. Physician's Name (Type or Print) GUSTAVO CADAVID PHONE 305-552-1845 305

Address: 18201 SW 12th Street, Miami, FL 33194

Date 19 APR 04

Physician's Signature [signature]

Apr-01-05 07:27 From-USINS BUF DETENTION & REMOVAL +716

## ORDER TO DETAIN OR RELEASE ALIEN

To: (NAME and TITLE of Person in Charge of Facility)
Chief Administrator

Name of Facility) — Date
Lakeland Nursing Home, Pineville, LA

Please ☐ Detain ☒ Release — File N

Name of Alien
NYANJONG, Duncan

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| 47 | 6/6/1957 | male | Kenya | Kenya |

Signature of Officer Receiving or Releasing Alien

Nature of Proceedings
Removal Proceedings

**REMARKS:**
Per conversation with Mr. Cooley, this subject is being released from custody.

Call 716-551-4741, x2545 for questions

Signature of Officer Authorizing Action — Title: Deportation Officer — Office: Buffalo, NY

Form 1-203 (Rev. 7-15-78) Y UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

## ORDER TO DETAIN OR RELEASE ALIEN

To: (NAME and TITLE of Person in Charge of Facility)

(Name of Facility) — Date

Please ☐ Detain ☐ Release — File N

Name of Alien

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| | | | | X |

Signature of Officer Receiving or Releasing Alien

Nature of Proceedings

**REMARKS:**

Signature of Officer Authorizing Action — Title — Office

Form 1-203 (Rev. 7-15-78) Y UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

EXHIBIT B

SHARP HYMEL CERNIGLIA COLVIN WEAVER & DAVIS
*A LIMITED LIABILITY COMPANY*
*ATTORNEYS AND COUNSELORS AT LAW*
*15171 S. HARRELL'S FERRY ROAD*
*BATON ROUGE, LOUISIANA 70816*

MICHAEL REESE DAVIS †
PARTNER
mdavis@sharphymel.com
†Also Licensed in California and Texas

TELEPHONE: (225) 755-1060
FACSIMILE: (225) 755-1065
INTERNET www.sharphymel.com

OFFICES:
*BATON ROUGE*
*HOMER*
*NEW ORLEANS*
*SHREVEPORT*

October 7, 2005

**VIA FEDERAL EXPRESS**

Jay Seligman
Division of Immigration Health Services
Managed Care Branch
1220 L Street N.W., Suite 500
Washington, D.C. 20005

Christopher Jacobs
U.S. Immigration and Customs Enforcement, Division of Detention and Removal
130 Delaware Avenue,
Buffalo, NY 14202

William Cleary
U.S. Immigration and Customs Enforcement, Division of Detention and Removal
130 Delaware Avenue
Buffalo, NY 14202

Dear Gentlemen:

I represent Lakeland Nursing Home ("Lakeland") of Pineville, Louisiana. Pursuant to 41 U.S.C. § 605, I am writing to file a formal claim against the Division of Immigration Health Services ("DIHS") and the U.S. Immigration and Customs Enforcement ("ICE") for breach of contract with Lakeland.

As you may recall, in April 2004, Lakeland was contacted regarding the care of Duncan Nyanjong, who was being treated at the Columbia Care Center in Columbia, South Carolina. Nyanjong was suffering from HIV, dementia, seizure disorder, and respiratory failure. See Request for Medical Eligibility Determination, attached hereto as Exhibit A.

On behalf of ICE and DIHS, Mr. Seligman negotiated the terms of Nyanjong's placement at Lakeland on behalf of DIHS and ICE. It was agreed that the monthly rate would be $2,964 plus pharmacy costs; any additional costs outside the normal services provided would need prior approval by DIHS. In connection with the admission of Nyanjong, Mr. Seligman completed the Request for Medical Eligibility Determinati

EXHIBIT
tabbies
C

wherein he indicated that DIHS would be the responsible party for payment. He also indicated that the requested nursing home placement was "permanent." He also personally assured Hank Cooley, the Lakeland administrator, that DIHS/ICE would pay all costs associated with Mr. Nyanjong's care.

On May 12, 2004, Lakeland received Nyanjong as a patient. Lakeland treated Nyanjong without incident until January 15, 2005, when a nurse found him on the floor and unresponsive. Nyanjong was transferred to Huey P. Long Hospital, which diagnosed him with respiratory failure and placed him in the ICU on a ventilator. On February 4, 2004, Nyanjong was returned to Lakeland, too weak to ambulate or take care of himself. To date, Nyanjong is wheelchair-bound and too weak to ambulate; he cannot feed, clean, or otherwise care for himself. Mentally, he is unable to understand anything beyond simple commands.

Apparently, as a result of Nyanjong's admission to Huey P. Long Hospital, DIHS caused ICE to reconsider Nyanjong's status. Consequently, it appears that ICE went before an immigration judge, and requested and received an order to release Nyanjong because he was too sick. In February 2005, Mr. Jacobs informed Lakeland that Nyanjong was going to be discharged effective March 1, 2005, because Nyanjong was no longer a threat to society. Lakeland requested a 30-day extension in order to locate another facility to care for Nyanjong, or another payor source. Eventually, Mr. Jacobs faxed to Lakeland an Order to Release Nyanjong on April 1, 2005. See Order to Detain or Release Alien, attached hereto as Exhibit B.

Licensing standards for nursing homes, as well as Medicare and Medicaid regulations, prevent Lakeland from simply discharging Nyanjong, a patient unable to care for himself. For example, Lakeland is required to provide 30 days notice of discharge to Nyanjong and to ensure that he understands the notice being provided. Furthermore, Lakeland is required to release Nyanjong to another provider facility.

Nyanjong's mental condition prevents Lakeland from conveying notice of discharge. Additionally, Lakeland has been unable to locate any known family member. Furthermore, Louisiana Medicaid precludes coverage to non-citizens, and social security disability is necessary to qualify for Medicaid. Nyanjong failed in both respects. Finally, Lakeland has contacted a variety of nursing homes (private, non-profit, and State-run), hospice agencies, and indigent pharmacy agencies, all of whom have refused to accept Nyanjong or otherwise contribute to his care.

Since March 2005, ICE/DIHS has ceased reimbursement to Lakeland. However, Mr. Seligman represented to Lakeland that payment for Nyanjong's care would be guaranteed by ICE/DIHS. In fact, the contract which Lakeland and ICE/DIHS entered into unequivocally stated that Nyanjong's care was "permanent," without exception or qualification. See Request for Medical Eligibility Determination, attached hereto as Exhibit A. According to the October 2003 issue of The Rapid Pulse, Official Newsletter of the DIHS, Mr. Seligman, DIHS and ICE were aware that ICE could no longer indefinitely detain aliens unless the detainee met certain criteria. Nyanjong did not

meet these criteria. Yet, no one ever qualified the guaranty of permanency or otherwise explained that reimbursement was contingent upon Nyanjong's immigration status. Moreover, Mr. Seligman never represented to Mr. Cooley that there was even a possibility that Nyanjong's placement would not be permanent.

Pursuant to the Immigration and Nationality Act and the Public Health Service Act, and DIHS's policies and procedures, DIHS provides or arranges healthcare services for detainees on its behalf and on behalf of ICE. In fact, DIHS "serves as the primary focal point within the ICE for the planning, management, policy formulation, program coordination, direction, and liaison for all health matters pertaining to aliens detained by ICE." See DIHS Policies and Procedures, Chapter 1 - Organization and Executive Direction, p.1. Clearly, DIHS entered into the contract with Lakeland on its own behalf and on behalf of ICE.

Based on the foregoing, DIHS and ICE have breached their contract with Lakeland. Because Lakeland cannot release or transfer Nyanjong, and cannot locate another payor source, Lakeland is literally stuck with him. Nyanjong has and will continue to receive the highest quality of care. As stated above, Lakeland's cost of care is $2,964/month. See Lakeland Invoice, attached hereto as Exhibit C. Additionally, to date Lakeland has incurred $8,557.67 in pharmaceutical costs, $649.46 in ambulance costs, and $530.51 in other medical costs. See Magnolia Pharmacy Invoices, attached hereto as Exhibit D; Acadian Ambulance Invoice, attached hereto as Exhibit E; CR Imaging Invoice, attached hereto as Exhibit F; Dr. Darrell Hutson Invoice, attached hereto as Exhibit G; Internal Medicine Associates Invoice, attached hereto as Exhibit H.

On behalf of Lakeland, I request that you find that ICE and DIHS breached its contract with Lakeland and that you direct ICE/DIHS to reimburse Lakeland for all past due expenses. To date, those expenses total $27,521.64. Further, I request that ICE and DIHS honor their contract commitment by providing reimbursement for the future care of Nyanjong.

In accordance with 41 U.S.C. 605 (c)(1), please issue a decision on Lakeland's claim within 60 days from receipt of this claim and provide me with notice thereof.

Please let me know if you need further information.

Sincerely,

Michael Reese Davis

Michael Reese Davis

Enclosures

BHSF Form 90-L

Rev. 11/00

# REQUEST FOR MEDICAL ELIGIBILITY DETERMINATION

## I. RECIPIENT INFORMATION

SS #: 08-6804469 Medicaid #:

A. Recipient's Name: DUNCAN NYANJONG

B. Address (City, State, Zip Code, Parish): 7901 FARROW ROAD Columbia, SC 29203

C. Responsible Party/Curator: DIHS

Address (City, State, Zip Code, Parish): Managed Care Branch 1220 L STREET N.W., Suite 500 Washington, DC 20005

Telephone #:

Race: BLACK Sex: M

Relationship:

Telephone #: 303-552-1845 x162

Medicare #:

Date of Birth: 6/5/57

D. What are/were the living arrangements: • Own home • Relative's home • (Other) Immigration facility

E. What previous institutional care (including nursing facilities) has this person received?

Facility: Columbia Care Center Date: 1/10/01

Facility: Date:

Facility: Date:

Facility: Date:

F. What Home/Community-based services have been used/considered: • ADHC • MR/DD • CC • PCA • ELDERLY • HH

G. Why were services not suitable? Pt in Immigration Custody

H. Requesting Nursing Home placement: • Temporarily • (Permanently) X

I. Applicant/~~Responsible Party Signature~~: LCDR JAY SELZGMAN 303-552-1845 x162 Date: 4/19/04

## II. LEVEL OF CARE DETERMINATION

Institutional care is provided under classifications dependent upon the type and/or complexity of care and services rendered, as well as, the amount of time required to render the necessary care and services. The attending physician must designate the required level of care by selecting the appropriate level below. This requirement also applies to applicants requesting home or community-based waiver services to allow for a determination of the level of institutional care that would otherwise be required. Please select one of the following levels of care:

A. • Intermediate Care II ( minimum care required) - Includes some aid in activities of daily living, diversionary activities, protection from hazards and/or a minimum

(B.) • Intermediate Care I (medium care required) - Includes need for nursing care to manage a plan of care and/or more assistance with extensive personal care, ambulation, and mobilization. Pt needs cuing for Getting & ADLs

C. • Skilled Care (maximum care required) - Indicate special level, if indicated: • TDC • ID • NRTP (• Complex; • Rehab) Includes professional nursing care and assessment on a daily basis due to a serious condition which is unstable or a rehabilitative therapeutic regime requiring professional staff.

D. • ICF/MR - Requires active treatment of mental retardation or a developmental disability under supervision of a qualified mental retardation or developmental disability professional.

E. Is this person likely to need services in a medical facility (hospital, nursing facility, etc.) for at least thirty (30) consecutive days ? • (Yes) • No

F. Home/community based services are adequate to meet the needs of this patient. • Yes • (No)

G. COMMENTS:

EXHIBIT A

# III. MEDICAL INFORMATION

Recipient's Name:

A. Diagnosis: HIV & DEMENTIA

B. Medications:(Specify dosage, frequency, and route) ALLERGIES NKA

1. AMBIEN 10 MG
2. Avandia 4 MG
3. COMBIVIR 150/300 MG
4. Glucophage 500 MG
5. VICODENES 7.5 MG 750
6. REFERENCE MAR
7.
8.
9.
10.
11.
12.

C. Recent Hospitalizations: (include psychiatric) NONE

D. Mental Status/Behavior: check Yes or No. If Yes, indicate frequency: 1 = seldom; 2 = frequent; 3 = always

- Yes (1, (2), 3) • No 1. Oriented
- Yes (1, (2), 3) • No 2. Forgetful
- Yes ((1), 2, 3) • No 3. Depressed
- Yes (1, 2, 3) • (No) 4. Comatose
- Yes (1, (2), 3) • No 5. Confused
- Yes (1, 2, 3) • (No) 6. Wanders
- Yes (1, 2, 3) • (No) 7. Hostile
- Yes (1, 2, 3) • (No) 8. Combative

E. Activities of Daily Living: (check appropriate box)

- (1. Verbal)
- 2. Non-verbal
- 3. Bowel Incontinence
- 4. Dentures ______
- 5. Impaired vision ______ • Glasses
- 6. Impaired hearing ______ • Hearing Aid
- 7. Bladder Incontinence ______
- 8. Urinary Catheter ______

| SELF | ASSIST | TOTAL | |
|---|---|---|---|
| (•) | • | • | 10. Eating |
| • | (•) | • | 11. Bathing |
| • | (•) | • | 12. Personal |
| • | (•) | • | 13. Oral Hygiene |
| (•) | • | • | 14. Ambulation |

F. SPECIAL CARE/PROCEDURES: (check appropriate box: when appropriate give type, frequency, size, stage and site)

- 1. Ostomy care NA
- 2. Glucose Monitoring WEEKLY
- 3. Restraints NA
- 4. IV's NA
- 5. Suctioning NA
- 6. Specialized Rehab NA
- 7. MRSA NA
- 8. Diet/Tube Feeding NA
- 9. Dialysis NA
- 10. Respiratory NA
- 11. Decubitus NA
- 12. Other ______

G. PHYSICAL EXAMINATION: Height 5'7 Weight 138 Pulse 100 Resp 16 Temp 97.6 B/P 120/80

Lab Results: HCT 27.7 HGB 9.2 U/A negative Radiology chest x-ray 10/30/03 No evidence

General Good

Head and CNS Good

Mouth and EENT Good

Chest Good

Heart and Circulation Good

Abdomen Good

Genitalia Good

Extremities Good

Skin AREA BEHIND LEFT EAR (RESOLVED)

Other ______

H. Physician's Name (Type or Print) GUSTAVO CADAVID PHONE 305-552-1845-305

Address: 1801 SW 1?th Street, Miami, FL 33165

Physician's Signature [signature] Date 19 APR 04

Apr-01-05 07:27 From-USINS BUF DETENTION & REMOVAL +716

## ORDER TO DETAIN OR RELEASE ALIEN

To: (NAME and TITLE of Person in Charge of Facility)
Chief Administrator

(Name of Facility)
Lakeland Nursing Home, Pineville, LA

Date

Please ☐ Detain ☒ Release

File N

Name of Alien
NYANJONG, Duncan

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| 47 | 6/6/1957 | male | Kenya | Kenya |

Nature of Proceedings
Removal Proceedings

Signature of Officer Receiving or Releasing Alien

**REMARKS:**
Per conversation with Mr. Cooley, this subject is being released from custody.

Call 716-551-4741, x2545 for questions

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| | Deportation Officer | Buffalo, NY |

Form 1-203 (Rev. 7-15-78) Y

UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

## ORDER TO DETAIN OR RELEASE ALIEN

To: (NAME and TITLE of Person in Charge of Facility)

(Name of Facility)

Date

Please ☐ Detain ☐ Release

File N

Name of Alien

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| | | | | X |

Nature of Proceedings

Signature of Officer Receiving or Releasing Alien

**REMARKS:**

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| | | |

Form 1-203 (Rev. 7-15-78) Y

UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

EXHIBIT
B

October 4, 2005

ICE
Health Service
1220 L St NW
PMB 468
Washington, DC 20005

To Whom It May Concern:

Please accept this letter as an invoice Duncan Nyanjong A#76480523 for his room and board at Lakeland Nursing Home for the following months.

| | |
|---|---|
| April 2005 | $2964.00 |
| May 2005 | $2964.00 |
| June 2005 | $2964.00 |
| July 2005 | $2964.00 |
| Aug. 2005 | $2964.00 |
| Sept 2005 | $2964.00 |
| Total | $17,784.00 |

Thank you,

Pat Barone
Account Manager

EXHIBIT C
tabbies

*************************************************************************
* M E D I C A L   E X P E N S E S
***************************************** BGN DTE:05/01/2005 END DTE:05/31/2005 *

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

| DATE | RX# N/R | DRUG (ITEM) NAME NDC# MFG# | QTY D/S | PRESCRIBER DEA# | PRICE | PR TYPE GEN IND |
|---|---|---|---|---|---|---|
| 05/02/05 | 06607158 NEW | MYCOBUTIN 150MG 00013-5301-17 PHUPJ Rx DAW Ind - NO Policy# | 60CAP 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 406.04 | Rx BRAND |
| 05/05/05 | 06587871 REFILL | PHENYTOIN 125MG/5M 51672-4069-01 TARO Rx DAW Ind - NO Policy# | 474ML 38DAYS | NOT VALIDF BT3694381 ECS Auth # - | 82.30 | Rx GENERIC |
| 05/06/05 | 06609024 NEW | PHENYTOIN 125MG/5M 51672-4069-01 TARO Rx DAW Ind - NO Policy# | 711ML 30DAYS | NOT VALIDF BT3694381 ECS Auth # - | 104.71 | Rx GENERIC |
| 05/11/05 | 06610172 NEW | MYAMBUTOL 400MG TA 68850-0012-01 X-GEN Rx DAW Ind - NO Policy# | 90TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 187.38 | Rx BRAND |
| 05/12/05 | 06589823 REFILL | FLUCONAZOLE 100 MG 63304-0804-01 RANBX Rx DAW Ind - NO Policy# | 4TAB 28DAYS | NOT VALIDF BT3694381 ECS Auth # - | 37.12 | Rx GENERIC |
| 05/15/05 | 06605143 REFILL | BACITRACIN OPTH OI 00168-0026-38 FOUGE Rx DAW Ind - NO Policy# | 4GM 10DAYS | NOT VALIDF BT3694381 ECS Auth # - | 10.15 | Rx GENERIC |
| 05/24/05 | 06614137 NEW | VITAMIN C 500MG TA 00904-0523-72 RUGBY Rx DAW Ind - NO Policy# | 30TAB 30DAYS | NOT VALIDF BT3694381 ECS Auth # - | 6.91 | OTC GENERIC |
| 05/24/05 | 06614136 NEW | ZINC SULFATE 220 M 00245-0080-11 UPSHE Rx DAW Ind - NO Policy# | 30CAP 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 9.48 | Rx GENERIC |
| 05/26/05 | 06614851 NEW | AMMONIUM LACTATE 1 51672-1301-04 TARO Rx DAW Ind - NO Policy# | 280GM 10DAYS | NOT VALIDF BT3694381 ECS Auth # - | 41.59 | OTC GENERIC |
| 05/26/05 | 06607158 REFILL | MYCOBUTIN 150MG 00013-5301-17 PHUPJ Rx DAW Ind - NO Policy# | 60CAP 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 406.04 | Rx BRAND |
| 05/26/05 | 06606738 REFILL | FAMOTIDINE 20MG TA 00172-5728-80 IVAX Rx DAW Ind - NO Policy# | 60TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 98.41 | Rx GENERIC |
| 05/26/05 | 06606737 REFILL | GEMFIBROZIL 600 MG 60505-0034-08 APTX2 Rx DAW Ind - NO Policy# | 60TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 69.39 | Rx GENERIC |
| 05/26/05 | 06605144 REFILL | MYAMBUTOL 100 MG T 51479-0046-01 X-GEN Rx DAW Ind - NO Policy# | 15TAB 30DAYS | NOT VALIDF BT3694381 ECS Auth # - | 14.97 | Rx BRAND |
| 05/30/05 | 06615543 NEW | BACITRACIN OPTH OI 00168-0026-38 FOUGE Rx DAW Ind - NO Policy# | 4GM 10DAYS | NOT VALIDF BT3694381 ECS Auth # - | 10.15 | Rx GENERIC |
| 05/30/05 | 06606740 REFILL | SULFAMETHOXAZOLE/T 00677-0784-05 URL Rx DAW Ind - NO Policy# | 60TAB 30DAYS | NOT VALIDF BT3694381 ECS Auth # - | 51.52 | Rx |

EXHIBIT
tabbies
D

******************************************************************************

* M E D I C A L   E X P E N S E S   BGN DTE:05/01/2005 END DTE:05/31/2005

******************************************************************************

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

******************************************************************************

| DATE | RX# N/R | DRUG (ITEM) NAME NDC# MFG# | QTY D/S | PRESCRIBER DEA# | PRICE | PR TYPE GEN IND |
|---|---|---|---|---|---|---|
| 05/31/05 | 06596093 REFILL | SUSTIVA 600MG TABL 00056-0510-30 BMS | 30TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 450.88 | Rx BRAND |
| | Rx DAW Ind - Y0 Policy# | | | | | |

1987.04 TOTAL

*********************************************************************************
* M E D I C A L   E X P E N S E S   BGN DTE:06/01/2005 END DTE:07/01/2005
*********************************************************************************

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

| DATE | RX# N/R | DRUG (ITEM) NAME NDC# MFG# | QTY D/S | PRESCRIBER DEA# | PRICE PR TYPE GEN IND |
|---|---|---|---|---|---|
| 06/09/05 | 06618852 NEW | XENADERM OINTMENT<br>00064-3900-60 HELTH<br>Rx DAW Ind - NO Policy# | 60GM<br>15DAYS | HUTSON, D<br>BH6813720<br>ECS Auth # - | 62.08 Rx<br>BRAND |
| 06/09/05 | 06589825 REFILL | ERYTHROMYCIN EYE O<br>00168-0070-38 BSCH&<br>Rx DAW Ind - NO Policy# | 4GM<br>16DAYS | NOT VALIDF<br>BT3694381<br>ECS Auth # - | 11.02 Rx<br>BRAND |
| 06/12/05 | 06610172 REFILL | MYAMBUTOL 400MG TA<br>68850-0012-01 X-GEN<br>Rx DAW Ind - NO Policy# | 90TAB<br>30DAYS | HUTSON, D<br>BH6813720<br>ECS Auth # - | 187.38 Rx<br>BRAND |
| 06/13/05 | 06589823 REFILL | FLUCONAZOLE 100 MG<br>63304-0804-01 RANBX<br>Rx DAW Ind - NO Policy# | 4TAB<br>28DAYS | NOT VALIDF<br>BT3694381<br>ECS Auth # - | 37.12 Rx<br>GENERIC |
| 06/16/05 | 06614136 REFILL | ZINC SULFATE 220 M<br>00245-0080-11 UPSHE<br>Rx DAW Ind - NO Policy# | 30CAP<br>30DAYS | HUTSON, D<br>BH6813720<br>ECS Auth # - | 9.48 Rx<br>GENERIC |
| 06/17/05 | 06621163 NEW | CIPROFLOXACIN HCL<br>00143-9928-01 WESTW<br>Rx DAW Ind - NO Policy# | 20TAB<br>10DAYS | NOT VALIDF<br>BT3694381<br>ECS Auth # - | 101.57 Rx<br>GENERIC |
| 06/18/05 | 06607158 REFILL | MYCOBUTIN 150MG<br>00013-5301-17 PHUPJ<br>Rx DAW Ind - NO Policy# | 60CAP<br>30DAYS | HUTSON, D<br>BH6813720<br>ECS Auth # - | 406.04 Rx<br>BRAND |
| 06/21/05 | 06615543 REFILL | BACITRACIN OPTH OI<br>00168-0026-38 FOUGE<br>Rx DAW Ind - NO Policy# | 4GM<br>10DAYS | NOT VALIDF<br>BT3694381<br>ECS Auth # - | 10.15 Rx<br>GENERIC |
| 06/23/05 | 06596093 REFILL | SUSTIVA 600MG TABL<br>00056-0510-30 BMS<br>Rx DAW Ind - Y0 Policy# | 30TAB<br>30DAYS | HUTSON, D<br>BH6813720<br>ECS Auth # - | 450.88 Rx<br>BRAND |
| 06/27/05 | 06609024 REFILL | PHENYTOIN 125MG/5M<br>51672-4069-01 TARO<br>Rx DAW Ind - NO Policy# | 711ML<br>30DAYS | NOT VALIDF<br>BT3694381<br>ECS Auth # - | 104.71 Rx<br>GENERIC |
| 06/27/05 | 06605144 REFILL | MYAMBUTOL 100 MG T<br>51479-0046-01 X-GEN<br>Rx DAW Ind - NO Policy# | 15TAB<br>30DAYS | NOT VALIDF<br>BT3694381<br>ECS Auth # - | 14.97 Rx<br>BRAND |

1395.40 TOTAL

MEDICAL EXPENSES BGN DTE:07/01/2005 END DTE:07/31/2005

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

| DATE | RX# / N/R | DRUG (ITEM) NAME / NDC# / MFG# | QTY / D/S | PRESCRIBER / DEA# | PRICE | PR TYPE / GEN IND |
|---|---|---|---|---|---|---|
| 07/05/05 | 06626188 NEW | FLUCONAZOLE 100 MG 63304-0804-01 RANBX<br>Rx DAW Ind - NO Policy# | 2TAB 5DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 21.52 | Rx GENERIC |
| 07/05/05 | 06626186 NEW | LEVAQUIN 750 MG TA 00045-1530-20 ORTHO<br>Rx DAW Ind - NO Policy# | 7TAB 7DAYS | NOT VALIDF BT3694381<br>ECS Auth # - | 142.69 | Rx BRAND |
| 07/05/05 | 06626185 NEW | SULFAMETHOXAZOLE/T 00677-0784-05 URL<br>Rx DAW Ind - NO Policy# | 12TAB 30DAYS | NOT VALIDF BT3694381<br>ECS Auth # - | 15.04 | Rx GENERIC |
| 07/08/05 | 06606738 REFILL | FAMOTIDINE 20MG TA 00172-5728-80 IVAX<br>Rx DAW Ind - NO Policy# | 60TAB 30DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 98.41 | Rx GENERIC |
| 07/08/05 | 06606737 REFILL | GEMFIBROZIL 600 MG 60505-0034-08 APTX2<br>Rx DAW Ind - NO Policy# | 60TAB 30DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 69.39 | Rx GENERIC |
| 07/12/05 | 06607158 REFILL | MYCOBUTIN 150MG 00013-5301-17 PHUPJ<br>Rx DAW Ind - NO Policy# | 60CAP 30DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 406.04 | Rx BRAND |
| 07/13/05 | 06618852 REFILL | XENADERM OINTMENT 00064-3900-60 HELTH<br>Rx DAW Ind - NO Policy# | 60GM 15DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 67.69 | Rx BRAND |
| 07/20/05 | 06630772 NEW | NOVOLIN R 100 UNIT 00169-1833-11 NOVNO<br>Rx DAW Ind - NO Policy# | 10ML 13DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 38.52 | OTC BRAND |
| 07/20/05 | 06605144 REFILL | MYAMBUTOL 100 MG T 51479-0046-01 X-GEN<br>Rx DAW Ind - NO Policy# | 15TAB 30DAYS | NOT VALIDF BT3694381<br>ECS Auth # - | 14.97 | Rx BRAND |
| 07/21/05 | 06610172 REFILL | MYAMBUTOL 400MG TA 68850-0012-01 X-GEN<br>Rx DAW Ind - NO Policy# | 90TAB 30DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 187.38 | Rx BRAND |
| 07/25/05 | 06632268 NEW | ZITHROMAX 600 MG T 00069-3080-30 PFZER<br>Rx DAW Ind - NO Policy# | 8TAB 28DAYS | NOT VALIDF BT3694381<br>ECS Auth # - | 153.87 | Rx BRAND |
| 07/25/05 | 06632267 NEW | SULFAMETHOXAZOLE/T 00677-0784-05 URL<br>Rx DAW Ind - NO Policy# | 30TAB 30DAYS | NOT VALIDF BT3694381<br>ECS Auth # - | 9.81 | Rx GENERIC |
| 07/25/05 | 06632265 NEW | CIPROFLOXACIN HCL 49884-0638-01 WESTW<br>Rx DAW Ind - NO Policy# | 28TAB 14DAYS | NOT VALIDF BT3694381<br>ECS Auth # - | 17.15 | Rx GENERIC |
| 07/25/05 | 06631910 NEW | NOVOLIN N 100 UNIT 00169-1834-11 NOVNO<br>Rx DAW Ind - NO Policy# | 10ML 25DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 38.52 | OTC BRAND |
| 07/25/05 | 06631907 NEW | PHENYTOIN 125MG/5M 51672-4069-01 TARO<br>Rx DAW Ind - NO Policy# | 240ML 24DAYS | HUTSON, D BH6813720<br>ECS Auth # - | 39.27 | Rx GENERIC |

*****************************************************************************************
* M E D I C A L   E X P E N S E S   BGN DTE:07/01/2005 END DTE:07/31/2005 *
*****************************************************************************************

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

| DATE | RX# N/R | DRUG (ITEM) NAME NDC# MFG# | QTY D/S | PRESCRIBER DEA# | PRICE | PR TYPE GEN IND |
|---|---|---|---|---|---|---|
| 07/25/05 | 06596093 REFILL | SUSTIVA 600MG TABL 00056-0510-30 BMS | 30TAB 30DAYS | HUTSON, D BH6813720 | 450.88 | Rx BRAND |
| | Rx DAW Ind - Y0 Policy# | | | ECS Auth # - | | |
| 07/27/05 | 06614136 REFILL | ZINC SULFATE 220 M 00245-0080-11 UPSHE | 30CAP 30DAYS | HUTSON, D BH6813720 | 9.48 | Rx GENERIC |
| | Rx DAW Ind - N0 Policy# | | | ECS Auth # - | | |

1780.63 TOTAL

**M E D I C A L   E X P E N S E S**   BGN DTE:08/01/2005 END DTE:08/31/2005

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

| DATE | RX# / N/R | DRUG (ITEM) NAME / NDC# / MFG# | QTY / D/S | PRESCRIBER / DEA# | PRICE | PR TYPE / GEN IND |
|---|---|---|---|---|---|---|
| 08/11/05 | 06606738 REFILL | FAMOTIDINE 20MG TA 00172-5728-80 IVAX | 60TAB 30DAYS | HUTSON, D BH6813720 | 13.95 | Rx GENERIC |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/11/05 | 06606737 REFILL | GEMFIBROZIL 600 MG 60505-0034-08 APTX2 | 60TAB 30DAYS | HUTSON, D BH6813720 | 26.23 | Rx GENERIC |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/13/05 | 06610172 REFILL | MYAMBUTOL 400MG TA 68850-0012-01 X-GEN | 90TAB 30DAYS | HUTSON, D BH6813720 | 187.38 | Rx BRAND |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/14/05 | 06632267 REFILL | SULFAMETHOXAZOLE/T 00677-0784-05 URL | 30TAB 30DAYS | NOT VALIDF BT3694381 | 9.81 | Rx GENERIC |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/14/05 | 06607158 REFILL | MYCOBUTIN 150MG 00013-5301-17 PHUPJ | 60CAP 30DAYS | HUTSON, D BH6813720 | 406.04 | Rx BRAND |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/16/05 | 06632268 REFILL | ZITHROMAX 600 MG T 00069-3080-30 PFZER | 8TAB 28DAYS | NOT VALIDF BT3694381 | 153.87 | Rx BRAND |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/22/05 | 06631910 REFILL | NOVOLIN N 100 UNIT 00169-1834-11 NOVNO | 10ML 25DAYS | HUTSON, D BH6813720 | 38.52 | OTC BRAND |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/23/05 | 06596093 REFILL | SUSTIVA 600MG TABL 00056-0510-30 BMS | 30TAB 30DAYS | HUTSON, D BH6813720 | 450.88 | Rx BRAND |
| | Rx DAW Ind - Y0 Policy# | | | ECS Auth # - | | |
| 08/26/05 | 06642130 NEW | SULFAMETHOXAZOLE/T 00677-0784-05 URL | 14TAB 7DAYS | HUTSON, D BH6813720 | 7.74 | Rx GENERIC |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/26/05 | 06618852 REFILL | XENADERM OINTMENT 00064-3900-60 HELTH | 60GM 15DAYS | HUTSON, D BH6813720 | 67.69 | Rx BRAND |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/26/05 | 06614136 REFILL | ZINC SULFATE 220 M 00245-0080-11 UPSHE | 30CAP 30DAYS | HUTSON, D BH6813720 | 9.48 | Rx GENERIC |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |
| 08/31/05 | 06607158 REFILL | MYCOBUTIN 150MG 00013-5301-17 PHUPJ | 60CAP 30DAYS | HUTSON, D BH6813720 | 406.04 | Rx BRAND |
| | Rx DAW Ind - NO Policy# | | | ECS Auth # - | | |

1777.63 TOTAL

* M E D I C A L   E X P E N S E S   BGN DTE:09/01/2005 END DTE:09/30/2005 *

| | |
|---|---|
| FOR: NYANJONG PP, DUNCAN | |
| CARE OF: LAKELAND | MAGNOLIA PHCY., SVCS. LLC |
| 81 HILLSDALE DRIVE | 1783 JACKSON STREET |
| DUNNY PINEVILLE, LA 71360 | ALEXANDRIA, LA 71301 |
| Store LIC# - 4392 | PHARMACIST - J.D.Lowery |
| Store DEA# - BM6667654 | Store PH # - 318-443-5810 |
| Birth Date - 06/05/1957 | Provider # - |
| Social Security# - 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 | Pat. Sex - M |
| | Medical Record# - |

| DATE | RX# N/R | DRUG (ITEM) NAME NDC# MFG# | QTY D/S | PRESCRIBER DEA# | PRICE | PR TYPE GEN IND |
|---|---|---|---|---|---|---|
| 09/04/05 | 06644926 NEW Rx DAW Ind - NO Policy# | MYAMBUTOL 100 MG T 51479-0046-01 X-GEN | 15TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 14.97 | Rx BRAND |
| 09/04/05 | 06606738 REFILL Rx DAW Ind - NO Policy# | FAMOTIDINE 20MG TA 00172-5728-80 IVAX | 60TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 13.95 | Rx GENERIC |
| 09/04/05 | 06606737 REFILL Rx DAW Ind - NO Policy# | GEMFIBROZIL 600 MG 60505-0034-08 APTX2 | 60TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 26.23 | Rx GENERIC |
| 09/04/05 | 06596093 REFILL Rx DAW Ind - Y0 Policy# | SUSTIVA 600MG TABL 00056-0510-30 BMS | 30TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 450.88 | Rx BRAND |
| 09/07/05 | 06646754 NEW Rx DAW Ind - NO Policy# | AUGMENTIN XR 1000- 00029-6096-60 GLSMK | 40TAB 10DAYS | HUTSON, D BH6813720 ECS Auth # - | 117.55 | Rx BRAND |
| 09/13/05 | 06649174 NEW Rx DAW Ind - NO Policy# | CYCLOPENTOLATE 1% 17478-0100-12 AKORN | 15ML 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 15.37 | Rx GENERIC |
| 09/13/05 | 06630772 REFILL Rx DAW Ind - NO Policy# | NOVOLIN R 100 UNIT 00169-1833-11 NOVNO | 10ML 13DAYS | HUTSON, D BH6813720 ECS Auth # - | 38.52 | OTC BRAND |
| 09/14/05 | 06649719 NEW Rx DAW Ind - NO Policy# | NEO/POLYMYXIN/HC E 24208-0635-62 BSCH& | 10ML 5DAYS | HUTSON, D BH6813720 ECS Auth # - | 33.36 | Rx GENERIC |
| 09/19/05 | 06651186 NEW Rx DAW Ind - NO Policy# | PHENYTOIN 125MG/5M 51672-4069-01 TARO | 480ML 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 72.62 | Rx GENERIC |
| 09/19/05 | 06614136 REFILL Rx DAW Ind - NO Policy# | ZINC SULFATE 220 M 00245-0080-11 UPSHE | 30CAP 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 9.48 | Rx GENERIC |
| 09/20/05 | 06610172 REFILL Rx DAW Ind - NO Policy# | MYAMBUTOL 400MG TA 68850-0012-01 X-GEN | 90TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 187.38 | Rx BRAND |
| 09/21/05 | 06652186 NEW Rx DAW Ind - NO Policy# | SULFAMETHOXAZOLE/T 00677-0784-05 URL | 30TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 9.81 | Rx GENERIC |
| 09/22/05 | 06652590 NEW Rx DAW Ind - NO Policy# | ZITHROMAX 600 MG T 00069-3080-30 PFZER | 8TAB 28DAYS | HUTSON, D BH6813720 ECS Auth # - | 153.87 | Rx BRAND |
| 09/27/05 | 04046510 NEW Rx DAW Ind - NO Policy# | HYDROCODONE/APAP 5 00406-0357-05 MALIN | 30TAB 7DAYS | HUTSON, D BH6813720 ECS Auth # - | 8.15 | Rx GENERIC |
| 09/27/05 | 06653920 NEW Rx DAW Ind - Y0 Policy# | SUSTIVA 600MG TABL 00056-0510-30 BMS | 30TAB 30DAYS | HUTSON, D BH6813720 ECS Auth # - | 450.88 | Rx BRAND |

1603.02 TOTAL

*******************************************************************************************
* M E D I C A L   E X P E N S E S   BGN DTE:10/01/2005 END DTE:10/06/2005 *
*******************************************************************************************

FOR: NYANJONG PP, DUNCAN
CARE OF: LAKELAND
81 HILLSDALE DRIVE
DUNNY PINEVILLE, LA 71360
Store LIC# - 4392
Store DEA# - BM6667654
Birth Date - 06/05/1957
Social Security# - 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

MAGNOLIA PHCY., SVCS. LLC
1783 JACKSON STREET
ALEXANDRIA, LA 71301
PHARMACIST - J.D.Lowery
Store PH # - 318-443-5810
Provider # -
Pat. Sex - M
Medical Record# -

| DATE | RX# N/R | DRUG (ITEM) NAME NDC# MFG# | QTY D/S | PRESCRIBER DEA# | PRICE | PR TYPE GEN IND |
|---|---|---|---|---|---|---|
| 10/04/05 | 06606738 REFILL | FAMOTIDINE 20MG TA 00172-5728-80 IVAX | 60TAB 30DAYS | HUTSON, D BH6813720 | 13.95 | Rx GENERIC |

Rx DAW Ind - N0 Policy# ECS Auth # -

13.95 TOTAL

# Acadian Ambulance Services

P. O. Box 92970 Lafayette, LA 70509-2970

August 25, 2005

Write letter explaining what is going on.

Duncan Nyanjong
P O Box 4300
Pineville, LA 71361

**FINAL NOTICE**

Customer #: 1063620

Dear Duncan

~~Our records indicate~~ that your account for $649.46 remains past due. Your failure to respond to our previous notices regarding this outstanding balance make it necessary for us to review your account for third party intervention.

Before we do, we want to give you one last opportunity to settle your outstanding account by sending us a check for $649.46 within 7 days from the date of this letter. If you are unable to pay your full balance, contact our customer service department between 7 am and 6 pm at 800-259-2222 so we can work out a suitable payment plan together. Otherwise, we will assume you would prefer an outside agency handling your account.

Sincerely

Patient Account Center

*If you wish to pay by credit card, please enter the requested information in the spaces provided.*

Customer #: 1063620 Customer Name: Duncan Nyanjong

Circle one: Visa Master Card Discover American Express

Card Holder Name: ______________________________

Card Number: ______________________________

Expiration Date: ____/____/____ Amount: $__________

Card Holder's Signature: ______________________________



EXHIBIT
tabbies'
E

**C R imaging**
PO Box 13260
Alexandria, LA 71315-3260
318 473 9917

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/8/2005 | 21203 |

| BILL TO |
|---|
| LakeLand Nursing Home<br>PO Box 4300<br>Pineville LA 71361 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 71010 | Chest (AP) | | 25.26 | 25.26 |
| R0070 | Single Transportation Fee | | 134.44 | 134.44 |
| Q0092 | X-ray Setup Fee | | 10.31 | 10.31 |
| | DR.TUMBACO | | | |
| | 795.5 | | | |
| | DUNCAN NYANJONG 7/8/05 | | | |
| | REQ#32274 | | | |

PAST DU

St. Christina - A Nursing & Rehab Facility
Vendor________
Invoice #________ Approval
A/C No.________
A/C No.________ Amt.________
A/C No.________ Amt.________
A/C No.________ Amt.________
Amt.________

| | |
|---|---|
| **Total** | $170.51 |
| **Balance Due** | $170.51 |

EXHIBIT
F

NO. 653 P03

PLEASE DO NOT STAPLE IN THIS AREA

APPROVED OMB-0938-0008

LAKELAND NURSING HOME
810 HILLSDALE DRIVE
PINEVILLE, LA 71360

# HEALTH INSURANCE CLAIM FORM

PICA

1. MEDICARE (Medicare #) / MEDICAID (Medicaid #) / CHAMPUS (Sponsor's SSN) / CHAMPVA (VA File #) / GROUP HEALTH PLAN (SSN or ID) / FECA BLK LUNG (SSN) / OTHER (ID): X

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1):

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): NYANJONG, DUNCAN

3. PATIENT'S BIRTH DATE: 06 05 57 — SEX: M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial): NYANJONG, DUNCAN

5. PATIENT'S ADDRESS (No., Street): 81 HILLSDALE DRIVE
CITY: PINEVILLE — STATE: LA
ZIP CODE: 71360 — TELEPHONE (Include Area Code): (318) 448 0141

6. PATIENT RELATIONSHIP TO INSURED: Self X

7. INSURED'S ADDRESS (No., Street): 81 HILLSDALE DRIVE
CITY: PINEVILLE — STATE: LA
ZIP CODE: 71360 — TELEPHONE (INCLUDE AREA CODE): (318) 448 0141

8. PATIENT STATUS: Single / Married / Other X; Employed / Full-Time Student / Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. OTHER INSURED'S DATE OF BIRTH MM DD YY — SEX M F
c. EMPLOYER'S NAME OR SCHOOL NAME
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES / NO X
b. AUTO ACCIDENT? YES / NO X — PLACE (State)
c. OTHER ACCIDENT? YES / NO X
10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH: 06 05 57 — SEX: M X
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME: LAKELAND NURSING HOME
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES / NO X — *If yes,* return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED: SIGNATURE ON FILE — DATE: 09/15/05

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY
17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: DARRELL J. HUTSON MD
17a. I.D. NUMBER OF REFERRING PHYSICIAN: H45574
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES / NO X — $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 380.10
2. 780.39
3. 250.00
4.

22. MEDICAID RESUBMISSION CODE — ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER: CLIA# 19D0464648

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 14 05 | 09 14 05 | 32 | 1 | 99312 | 1 2 3 | 63.00 | 1 | | | | HUTSON |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 72-0994575 — SSN EIN X
26. PATIENT'S ACCOUNT NO.: NYADU000 156651
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X NO
28. TOTAL CHARGE: $ 63.00
29. AMOUNT PAID: $
30. BALANCE DUE: $ 63.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DARRELL J. HUTSON MD
SIGNED DATE 09/15/05

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
LAKELAND NURSING HOME
81 HILLSDALE DRIVE
PINEVILLE, LA 71360

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
DARRELL J. HUTSON MD
201 FOURTH STRE[ET]
PIN# ALEXANDRIA, LA

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT OR TYPE

Printed on Recycled Paper

FORM CMS-1500 (12-
FORM OWCP-1500
#29429 - Medical Arts
Use with Envelope #14

PHYSICIAN OR SUPPLIER INFORMATION

EXHIBIT G

tabbies

INTERNAL MEDICINE ASSOCIATES
201 Fourth St., Ste. 5A
Alexandria, LA 71301
(318)448-1249

| Statement Date | Chart Number | Page |
|---|---|---|
| 09/21/2005 | NYADU000 | 1 |

**THIS IS A BILL BASED UPON INFORMATION FROM YOUR HEALTH PLAN. YOU OWE THE AMOUNT SHOWN.**

DUNCAN NYANJONG
81 HILLSDALE DRIVE
PINEVILLE, LA 71360

**Physician Abbreviations: ALS--SLATKIN, BWB--BARTON, FKT--TUMBACO, RLH--HAYS, BFW--WALTON, JLP-PILAND, GLF--FORET, DJH--HUTSON**

Date of Last Payment: 2/3/2005 Amount: -63.00 Previous Balance: 0.00

Physician: FKT Chart Number: NYADU000 Case: 05/21/04 NSH

| Dates | Procedure | Charge | Paid By Guarantor | Adjustments | Remainder |
|---|---|---|---|---|---|
| 05/21/04 | 99312 | 63.00 | | | 63.00 |

Physician: FKT Chart Number: NYADU000 Case: 03/04/05 NSH (FKT)

| Dates | Procedure | Charge | Paid by Primary | Applied to Deductible | Paid By Guarantor | Adjustments | Remainder |
|---|---|---|---|---|---|---|---|
| 03/04/05 | 99312 | 63.00 | 0.00 | | | | 63.00 |

Physician: FKT Chart Number: NYADU000 Case: 050605 NSH FKT

| Dates | Procedure | Charge | Paid by Primary | Applied to Deductible | Paid By Guarantor | Adjustments | Remainder |
|---|---|---|---|---|---|---|---|
| 05/06/05 | 99312 | 63.00 | 0.00 | | | | 63.00 |

Physician: FKT Chart Number: NYADU000 Case: 062405 NSH FKT

| Dates | Procedure | Charge | Paid by Primary | Applied to Deductible | Paid By Guarantor | Adjustments | Remainder |
|---|---|---|---|---|---|---|---|
| 06/24/05 | 99311 | 45.00 | 0.00 | | | | 45.00 |

Physician: FKT Chart Number: NYADU000 Case: 072205 NSH FKT

| Dates | Procedure | Charge | Paid by Primary | Applied to Deductible | Paid By Guarantor | Adjustments | Remainder |
|---|---|---|---|---|---|---|---|
| 07/22/05 | 99312 | 63.00 | 0.00 | | | | 63.00 |

EXHIBIT H

tabbies

Amount Due

297.00