# In The United States Court of Federal Claims

Cover Sheet [redacted]6-295 C

Plaintiff(s) or Petitioner(s) Lakeland Partners, L.L.C.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Michael Reese Davis (La. Bar 17529)

Firm Name: Hymel Davis & Petersen

Post Office Box:

Street Address: 15171 S. Harrell's Ferry Rd., Ste. C

City-State-Zip: Baton Rouge, LA 70816

Telephone & Facsimile Numbers: Ph: (225)755-1060 Fx: (225)755-1065

E-mail address: mdavis@hymeldavis.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: C O A 134

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: H H S

See attached Sheet for three digit code.

Amount Claimed: $ 49,500.00

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005