IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C.,<br>d/b/a/ LAKELAND NURSING HOME, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-295C<br>(Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including July 13, 2006, within which to file a response to the complaint. The response to the complaint is currently due on June 13, 2006. This is defendant's first request for enlargement for this purpose. Plaintiff’s counsel has represented that he does not oppose the motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of Homeland Security. See 28 U.S.C. § 520(b). On May 30, 2006, counsel for the agency informed the undersigned counsel that he did not receive a copy of the complaint in this case until May 26, 2006, and that he would not be able to complete the litigation report prior to June 13, 2006, because he was scheduled to be on annual leave from May 31, 2006 to June 19, 2006.
The additional time requested is necessary to allow agency counsel sufficient time to complete the litigation report and for the undersigned counsel to prepare a response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including July 13, 2006, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

June 1, 2006