IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C., d/b/a/ LAKELAND NURSING HOME, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-295C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 29-day enlargement of time, to and including August 11, 2006, within which to file a response to the complaint. The response to the complaint is currently due on July 13, 2006. This is defendant's second request for enlargement for this purpose. Defendant's counsel called plaintiff's counsel and left a voice-mail message regarding this motion, but as of filing, was unable to obtain plaintiff's position on this motion.

The enlargement is requested because the undersigned counsel of record for defendant received a litigation report from the interested agency, the Department of Homeland Security on June 30, 2006. Based upon information contained in the litigation report, the Government intends to file a motion to dismiss for lack of jurisdiction and/or failure to state a claim upon which relief can be granted. The undersigned counsel, however, does not have sufficient time to draft and file the Government's motion prior to July 13, 2006, because she is currently busy representing the Government in Advanced Systems Development, Inc. v. United States, Fed. Cl. No. 06-484C. In that bid protest, which was filed on June 26, 2006, the undersigned counsel was required to file the administrative record on June 30, 2006, and file the Government's opposition

to plaintiff's motion for preliminary injunction on July 6, 2006. A hearing in that protest is currently scheduled for July 17, 2006 and may be re-scheduled to July 12, 2006, pending the Court's determination of plaintiff's motion to reschedule the hearing.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 29 days, to and including August 11, 2006, within which to file the Government's motion to dismiss or a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

July 10, 2006