# In the United States Court of Federal Claims

No. 06-295 C

(Filed: October 2, 2006)

**********************************
**LAKELAND PARTNERS, L.L.C.** *
**d/b/a LAKELAND NURSING HOME,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

It is hereby ORDERED that a preliminary telephonic status conference be held on **October 24, 2006 at 2:30 PM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge