# In the United States Court of Federal Claims

No. 06-295 C

(Filed: October 25, 2006)

| | |
|---|---|
| **LAKELAND PARTNERS, L.L.C. d/b/a LAKELAND NURSING HOME,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

As agreed to by the parties at the preliminary telephonic status conference held on October 24, 2006, the Court hereby ORDERS that:

1. Limited fact discovery–pertaining solely to issues that would be relevant for Defendant's contemplated Motion to Dismiss–shall commence immediately and close on **April 25, 2007**.

2. The parties shall file a joint status report on or before **April 27, 2007**, regarding how the case should proceed and addressing, *inter alia*, any dispositive motions the parties intend to file.

3. A joint telephonic status conference shall be held on **May 8, 2007 at 2:30 PM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge