IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C. d/b/a LAKELAND NURSING HOME, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-295C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Carrie Dunsmore as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Carrie Dunsmore
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

Dated: March 12, 2007

s/ Carrie Dunsmore
Carrie Dunsmore
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202.307.7576
Carrie.Dunsmore@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 12th day of March 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Carrie Dunsmore