# In the United States Court of Federal Claims

No. 06-295 C
(Filed: May 8, 2007)

************************************
**LAKELAND PARTNERS, L.L.C.** *
**d/b/a LAKELAND NURSING HOME,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## SCHEDULING ORDER

On May 8, 2007, the Court held a telephonic status conference following the close of limited fact discovery. The Court hereby ORDERS that:

1. Fact discovery shall close on **November 30, 2007**, as proposed by the parties at the status conference.

2. On or before **December 3, 2007**, the parties shall file a joint status report regarding how the case should proceed and addressing, *inter alia*, any dispositive motion(s) the parties intend to file. (The Court anticipates that any dispositive motion(s) the parties intend to file will be filed on or before January 14, 2008.)

3. A joint telephonic status conference shall be held on **December 6, 2007 at 3:00PM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge