IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C.<br>d/b/a LAKELAND NURSING HOME,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-295C<br>(Chief Judge Damich) |

**PLAINTIFF'S REQUEST FOR EXTENSION OF DISCOVERY DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Lakeland Partners, L.L.C. d/b/a Lakeland Nursing Home, who hereby moves to extend the fact discovery deadline 30 days for the reasons more fully set forth below:

1.

Pursuant to this Court's scheduling order, fact discovery shall close on November 30, 2007, as was originally proposed by the parties.

2.

However, Lakeland deposed Jay Seligman, whom Lakeland contends had authority to enter into the contract with Lakeland Nursing Home, on November 2, 2007. Additionally, defendant deposed Hank Cooley, Lakeland administrator, on November 16, 2007.

3.

Based upon matters learned in Mr. Seligman's deposition, Lakeland propounded additional discovery requests to defendant on November 19, 2007. The discovery requests included requests for admissions, requests for production of documents, and interrogatories.

4.

However, the deadline for responding to those discovery requests falls outside of this Court's November 30, 2007, fact discovery deadline.

5.

Counsel for defendant has been contacted and does not oppose extending the discovery deadline in this case.

6.

Extending discovery in this case will allow the parties additional time in which to provide this Court with information and evidence which may aid this Court in ruling upon any forthcoming motions for summary judgment and/or upon the issues at trial.

7.

Based on the foregoing, good cause exists to grant Lakeland's request for an extension of the fact discovery deadline.

Accordingly, Lakeland requests that this court grant an extension of 30 days within which the parties may conduct additional fact discovery.

Respectfully submitted,

HYMEL DAVIS & PETERSEN, L.L.C.

s/Michael Reese Davis

Michael Reese Davis (Bar Roll No. 17529)
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: (225) 298-8118
Facsimile: (225) 298-8119

Counsel for Plaintiff Lakeland Nursing Home