# In the United States Court of Federal Claims

No. 06-295 C
(Filed: December 4, 2007)

***********************************
**LAKELAND PARTNERS, L.L.C.** *
**d/b/a LAKELAND NURSING HOME**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On November 20, 2007, Plaintiff filed a motion to extend the close of discovery by thirty (30) days, in order to allow sufficient time for the Government to respond to discovery requests made by Plaintiff on November 19, 2007. Plaintiff stated that Government counsel was contacted and did not oppose the extension.

The Court hereby GRANTS Plaintiff's motion. Discovery shall conclude on or before **Monday, December 31, 2007**. The parties shall file a joint status report on or before **Friday, January 4, 2008**, providing to the Court any updates as to the parties' statements and proposals contained in the status report filed December 3, 2007.

The telephonic status conference scheduled for December 6, 2007, is therefore rescheduled for **Tuesday, January 8, 2007,** at 3:00pm Eastern Time. One business day before the conference, counsel shall call Ms. Ellan Jackson at (202) 357-6483 or email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge