IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C.,<br>d/b/a LAKELAND NURSING HOME, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-295C<br>(Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE AMENDED EXHIBITS

Defendant, the United States, respectfully requests leave to electronically file amended exhibits to its Opposition to Plaintiff's Motion to Compel Defendant's Responses to Discovery. Counsel for defendant represents that the exhibits did not, for some reason, attach when she filed the motion. A correct version of defendant's exhibits is attached to this motion. Plaintiff's counsel represents that he does not oppose this motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576

January 3, 2008

CERTIFICATE OF FILING

I hereby certify that on this 3 day of January, 2008, a copy of foregoing "MOTION FOR LEAVE TO FILE AN AMENDED EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore