IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C. d/b/a LAKELAND NURSING HOME, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-295C (Judge Margaret M. Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION *IN LIMINE***

NOW INTO COURT, through undersigned counsel, comes plaintiff Lakeland Partners, L.L.C. d/b/a/ Lakeland Nursing Home, who hereby moves for partial summary judgment in the above referenced matter for the reasons more fully set forth in the accompanying memorandum. Lakeland also requests that it's Motion *In Limine* be granted for the reasons more fully set forth in the accompanying memorandum.

Respectfully submitted,

HYMEL DAVIS & PETERSEN, L.L.C.

s/Michael Reese Davis
MICHAEL REESE DAVIS (Bar # 17529)
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: 225.298.8118
Facsimile: 225.298.8119
mdavis@hymeldavis.com

**Counsel for Plaintiff Lakeland Nursing Home**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will also be sent to Carrie Dunsmore by operation of the court's electronic filing system.

s/Michael Reese Davis
Michael Reese Davis (Bar Roll No. 17529)
Hymel Davis & Petersen, LLC
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: (225) 298-8118
Facsimile: (225) 298-8119
mdavis@hymeldavis.com