**INTERAGENCY AGREEMENT**
**Between**
**DEPARTMENT OF HOMELAND SECURITY**
**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT**

**And**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**HEALTH RESOURCES AND SERVICES ADMINISTRATION**
**BUREAU OF PRIMARY HEALTH CARE**

FISCAL YEAR 2004

## I. Purpose

The purpose of this agreement is to set forth the Fiscal Year 2004 responsibilities of the Department of Health and Human Services (DHHS), Health Resources and Services Administration (HRSA), Bureau of Primary Health Care (BPHC) regarding the provision of on-site health care and other health-related services to undocumented aliens detained at various locations by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). As the agent for BPHC in executing this agreement, the Division of Immigration Health Services (DIHS), which is part of BPHC, will serve as the medical authority for ICE and provide all of the services set out in the agreement, as well as management, direction, coordination and oversight of these services.

## II. Authority

This agreement is entered into under the authority of sections 322, 323 and 325 of the Public Health Service Act (42 U.S.C. §§ 249, 250, and 252, respectively), 18 U.S.C. § 4005, and section 601 of the Economy Act of 1932, as amended (31 U.S.C. § 1535).

## III. ICE Responsibilities

ICE agrees to reimburse BPHC for DIHS' delivery of all on-site health care and other health-related services provided to or arranged for undocumented aliens in the custody of ICE, which are described in Section V. of this agreement, as well as any necessary FTEs described in Section VII. of this agreement. ICE agrees to furnish and maintain the medical facility space and security necessary for DIHS to provide health care services to detained aliens.



Blumberg No. 5208
EXHIBIT
A
GOV 0001

IV. **DIHS Responsibilities**

DIHS agrees to provide on-site health care services for detained aliens or will arrange for off-site services, as appropriate, which are in compliance with National Commission on Correctional Health Care, Joint Commission on Accreditation of Healthcare Organizations, and American Correctional Association standards. DIHS will coordinate payment for all off-site services arranged by and authorized by DIHS. The range of on-site services provided at each location is dependent upon the population of that detention facility; the level of human and financial resources; and, the overall space allocation provided by ICE to support the facility.

V. **Description of Services to be Provided by DIHS**

1. On-site personnel services include administration, physicians, nurses, nurse practitioners/physician assistants, pharmacists, dentists, and other allied health care personnel;

2. Other personnel services, such as domestic and international medical escorts and flight personnel;

3. Consultation and technical assistance in the areas of medicine, psychiatry, health records administration, managed care, sanitation, nursing, pharmacy, dental health, nutrition, medical-legal, computer support systems, quality assessments, and the availability of health care in countries outside the United States;

4. On-site health care services include sick call, health screening and physical examinations, follow-up care, formulary medications or pharmacy services, and detainee health education; (At selected facilities, limited laboratory and radiology services, dental care, and infirmary care are also provided)

5. Miscellaneous services include in-service health education for ICE personnel (limited by DIHS staff availability), emergency and limited preventive employees health care, and appeal hearings (excludable illnesses);

6. Mental health services and technical assistance for detained aliens including inpatient care, crisis intervention, and mental health evaluations;

7. Medical consultation and logistical support services associated with CONUS and OCONUS transport and hospital placement of medical evacuees from Guantanamo Bay or other safe havens;

8. Program management to include health related policy development and program implementations; oversight of detainees' health care activities

recommended by, arranged and/or provided for by ICE-contracted detention facilities and at other Federal, state, and local jail facilities; planning and oversight of health-related activities in mass immigration influxes and emergencies; and, submission of reports on program activities on a regular and/or ad hoc basis;

9. Administration and operation of a managed care network referred to as the Managed Care Branch (MCB) for the authorization and validation of medical care and medical payment oversight for persons in custody under the authority of the Immigration and Nationality Act, as amended, and which may be housed in ICE-contracted detention facilities and Federal, state or local government agency facilities. DIHS will act as the agent and final health authority for ICE on all off-site detainee medical and health-related matters. For medical care provided outside the facility, DIHS may determine that an alternative medical provider or institution is more cost-effective or more aptly meets the needs of ICE and the detainee. The MCB will assist ICE in the placement of detainees with special medical and health-related conditions but will not act as the agent for ICE in securing and purchasing detention and jail beds. The ICE will support the Managed Care Coordinators (MCC) in the exercise of their duties by obtaining reasonable access to the facilities. ICE will also provide the MCCs direct access to ICE detainee information and telecommunication systems;

10. Epidemiologic surveillance and other public health services as needed to address the communicable and non-communicable diseases of national and international importance.

## VI. Medical Records

Ownership of these records is with ICE. DIHS shall ensure that records are maintained in accordance with national standards.

## VII. Federal Personnel Support (FTEs)

BPHC agrees to provide DIHS the necessary federal full time equivalents (FTEs) to support ICE's mission and to meet and satisfy the delivery and provision of services, responsibilities and management oversight outlined in this agreement.

## VIII. Periods of Agreement

This agreement shall become effective upon signature of all parties and will remain in effect until September 30, 2004.

IX. **Estimated Cost**

ICE agrees to reimburse BPHC for such sums as necessary to carry out the terms of this agreement. The fiscal year 2004 estimated cost for delivery of on-site health care and other health-related services identified in Section III is $38.1 million. Such costs are attributed to the care and services delivered by both Federal and non-Federal components as determined necessary and appropriate. The estimate also includes an indirect administrative costs of $100,000 to reimburse BPHC for providing oversight, leadership, and financial management support in carrying out the terms of this agreement.

The BPHC agrees to notify ICE of the need for additional funding at least 60 days prior to the end of fiscal year 2004, so that the agreement can be modified accordingly. ICE agrees to assume financial responsibility for catastrophic costs incurred by aliens in custody of the Detention and Deportation Program.

X. **Method of Payment**

ICE agrees to transfer funds to BPHC via the Intra-Governmental Payment and Collection (IPAC) System citing the following accounting codes:

| From ICE: | | To BPHC: | |
|---|---|---|---|
| DUNS: | | DUNS: | 044007990 |
| ALC: | 70-01-1515 | ALC: | 75-03-0030 |
| Appropriation: | 7040504.002 | Appropriation: | 7540350 |
| Cost Center: | DRO-3M-RQ0230 | Allotment: | 21/24 |
| | | Allowance: | 031 / 318 |
| Direct Estimated Cost: | $38,000,000 | Direct Cost: | 4-3912701 |
| Indirect: | $ 100,000 | Indirect: | 4-3981068 |
| Total Estimate: | $38,100,000 | | |

XI. **Agency Budget Contacts**

| ICE | BPHC |
|---|---|
| Ms. Jay Brooks | Ms. Tracy Repass |
| Bureau of Immigration and Customs Enforcement | Program Support Staff |
| Office of Detention and Removal | Bureau of Primary Health Care |
| 801 I Street, NW | 4350 East West Highway |
| Washington, DC 20536 | 9th Floor |
| (202) 353-3146 | Bethesda, MD 20814 |
| | (301) 594-3812 |

**XII. Amendments and Termination**

This agreement may be amended at any time by mutual written consent of both parties. In the event that funds are not available for reimbursement, the Director, Office of Detention and Removal, ICE, shall notify the Associate Administrator, BPHC and the Director, Division of Immigration Health Services, in writing and in advance of the delivery of services for which funds are not available, that the agreement is terminated for this reason.

**Approvals**

**For the Bureau of Immigration and Customs Enforcement**

Anthony Tangeman
Director, Office of Detention and Removal

1/6/04
Date

Mike Caltabiano
Deputy Assistant Director, Office of Detention and Removal

1/7/04
Date

**For the Health Resources and Services Administration**

Elizabeth M. Duke, PhD
Administrator

5/7/04
Date

**For the Bureau of Primary Health Care**

for Caroline Lewis
Sam Shekar, MD
Associate Administrator

4/23/04
Date

Gene Migliaccio, Dr.P.H.
Director, Division of Immigration Health Services

16 Dec 03
Date

**Bureau of Primary Health Care**
**Division of Immigration Health Services**
**FY 2004 Estimate**

| Description | FY 2004 Estimate |
|---|---|
| 11. Personnel Compensation | $ 10,620,000 |
| 12. Benefits | 5,680,000 |
| Subtotal | 16,300,000 |
| 21. Travel | 1,200,000 |
| 22. Transportation | 300,000 |
| 23. Rent, Communications, Utilities | 700,000 |
| 24. Printing | 20,000 |
| 25. Other Contractual Services | 17,170,000 |
| 26. Supplies and Materials | 2,200,000 |
| 31. Equipment | 200,000 |
| 43. Interest | 10,000 |
| Total | $38,100,000 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH RESOURCES AND SERVICES ADMINISTRATION

# AGENCY AGREEMENT

1. HRSA AA NUMBER
04HRSABPHC04

2. PARTICIPATING AGENCY AA NUMBER
*(Additional participants list in Statement of Work)*

3. TYPE OF AGREEMENT
☐ New ☐ Modification ☒ Inter/Intra-agency
☐ MOU-MOA ☐ Other *(please specify)*
Modification Number:

4. TITLE OF PROJECT
InterAgency Agreement between DHS/ICE and DHHS/HRSA/BPHC

5. AMOUNT *(Not to exceed without written modification)*
$ 38,100,000.00

6. STATEMENT OF WORK
Contained in section V of Agreement

7. NAME AND ADDRESS OF PARTICIPATING AGENCY
Department of Homeland Security
Bureau of Immigration and Customs Enforcement
801 I Street, NW
Washington, DC 20536

*Project Officer for Participating Agency*
Name: Jay Brooks
Phone Number: 202-353-3146
Email Address: jaymbrooks@dhs.gov
FAX Number: 202-514-0555

8. NAME AND ADDRESS OF HRSA PROGRAM OFFICE
Division of Immigration Health Service
1220 L Street NW Suite 500
Washington, DC 20005

*Project Officer for HRSA Program Office*
Name: William Waldron
Phone Number: 202-305-7081
Email Address: William.Waldron@dhs.gov
FAX Number: 202-616-8176

9. PROJECT PERIOD
From: 10/1/2003 Through: 9/30/2004

FUNDING PERIOD
From: 10/1/2003 Through: 9/30/2004

10. LEGAL AUTHORITY
☒ The Economy Act, section 1535 of title 31 U.S. Code.
☐ Specific program authority:
☐ Other (please specify) :

11. BUDGET PLAN AND JUSTIFICATION - Provide project budget by object class; include direct and indirect costs. Justify budget.
See Attached DIHS FY 2004 Financial Plan

12. FUNDING *(Please check "From" or "To" as appropriate.)*

a. ☒ From: ☐ To: DUNS:

| Agency Location Code | Appropriation | Allotment/allowance | CAN Number | Object Class | Amount |
|---|---|---|---|---|---|
| 70-01-1515 | 7040504.002 | | | | 38,100,000.00 |
| | | | | | |
| | | | | | |

b. ☐ From: ☒ To: HRSA DUNS: 044007990

| Agency Location Code | Appropriation | Allotment/allowance | CAN Number | Object Class | Amount |
|---|---|---|---|---|---|
| 75-03-0030 | 7540350 | 24/031 | 4-3912701 | | 38,000,000.00 |
| | | 24/318 | 4-3981068 | | 100,000.00 |
| | | | | | |



GOV 0008

HRSA AA NUMBER:

13. BILLING REQUIREMENTS

a. Administrative Billing Requirements: HRSA's ALC IS 75-03-0030. Other Agency's ALC *(required)*: 70-01-1515

[X] Billing is to be made through the use of the Intra-governmental Payment and Collection (IPAC) system. **Please include HRSA'S Official AA number from Item 1 on all IPAC billings and correspondence.** When funds are provided to the performing agency in advance of services being provided or goods being delivered, the performing agency agrees to provide, within 15 days of the end of each quarter, statements of obligations and expenditures made during the quarter. The statements shall be provided to the HRSA project officer listed in item 8, page 1 of this agreement, and to the following address: DHHS, PSC/FMS/DFO, Attn: IPAC Desk, Parklawn Building, 5600 Fishers Lane, Rm. 16-30, Rockville, MD 20857. (If required by other agency, HRSA's Tax Identification number is 52-0821668.)

b. Additional Billing Requirements *(This block must be completed if procuring services under the Economy Act)*:

[ ] All funds provided under this agreement must be obligated by the performing agency by the end of the FY in which the funds expire. Any unobligated but expired funds may not be used to fund services in subsequent periods. The HRSA Financial Management Office (FMO) must be notified of any unobligated funds pertaining to this agreement at least 15 days before the end of the FY so that the agreement may be modified to reduce the funding amount when appropriate. This notification shall be provided to the following address: DHHS, PSC/FMS/DFO, Attn: IPAC Desk, Parklawn Building, 5600 Fishers Lane, Rm. 16-30, Rockville, MD 20857.

14. OTHER REQUIREMENTS

a. Travel under this agreement is subject to allowances authorized in accordance with Federal Travel Regulations, Joint Federal Travel Regulations, and/or Foreign Service Regulations.

b. HRSA will retain the title to any equipment procured under this agreement, unless otherwise justified in the statement of work.

c. Annual financial and progress reports will be submitted thirty (30) days after the end of the performance period to the HRSA Project Officer listed in Item 8 of this agreement, unless otherwise specified in the statement of work.

15. ADMINISTRATIVE/FINANCIAL CONTACTS

| a. For HRSA | | b. For Participating Agency | |
|---|---|---|---|
| Name: Tracy Repass | | Name: Jay Brooks | |
| Telephone Number: 301-594-3812 | Email: Trepass@hrsa.gov | Telephone Number: 202-353-3146 | Email: jaymbrooks@dhs.gov |

16. SPECIAL PROVISIONS *(please check all that apply)*:

[ ] The participating agency as a signatory to the Common Rule states that in accepting these Interagency Agreement funds, it will abide by the human subjects research requirements stated in the Common Rule, and certify that all necessary assurances and institutional review board (IRB) approvals are obtained.

[ ] The participating agency is NOT a signatory to the Common Rule. Upon issuance of these Interagency Agreement funds, it is the responsibility of the ATSDR Division or Office to certify that all necessary assurances and institutional review board (IRB) approvals are obtained. The ATSDR Associate Administrator for Science (AAS) must determine the applicability of the Human Subjects Regulations.

[ ] **CERCLA:** The receiving agency will retain detailed and accurate records of travel expenditures, personnel hours, and all other costs under this agreement. Such documents may be required to provide the basis for cost recovery actions or other litigation. Additionally, this documentation must be available for audit or verification upon request of the DHHS and/or Participating Federal Agency Inspectors General.

[X] **Federal Facilities:** The receiving agency will maintain an accounting system that will keep an accurate, complete, and current accounting of all financial transactions on a site-specific basis, i.e., individual time, travel, and associated costs, including indirect costs, as appropriate for the site. Such documents and records will be retained for a minimum of 10 years unless there is a litigation, claim, negotiation, audit or action involving the specific site; then records will be maintained until resolution of all issues on the specific site.

[ ] **Not Applicable**

[ ] **Other** *(please specify)*: ______

***Please print within applicable non-signature items below.***

17. MODIFICATION/CANCELLATION

This agreement may be terminated by either agency upon a 60-day advance written notice. This agreement may be modified or terminated by formal written notice from either party if there is joint agreement as evidenced by the signature of responsible officials representing both parties.

| 18. HRSA RECOMMENDING OFFICIAL | 19.a. HRSA CLEARANCE --Budget | b. HRSA CLEARANCE --Other |
|---|---|---|
| Signature: Caroline Lewis (signed) | Signature: (signed) | Signature: (signed) |
| Title: Associate Administrator, BPHC | Title: Program Analyst, OD/PSS | Title: Director DHHS/BPHC/HRSA |
| Date: 4/23/04 | Date: 1/22/04 | Date: 1/20/04 |

| 20. HRSA AUTHORIZATION AND ACCEPTANCE | | 21. PARTICIPATING AGENCY AUTHORIZATION AND ACCEPTANCE | |
|---|---|---|---|
| Name: | | Name: M. L. Castoldiano | |
| Title: Administrator, HRSA | Email Address: | Title: Dep. Assist. Dir. | Email Address: |
| Signature: Elizabeth M. Duke (signed) | Date: 5/7/04 | Signature: (signed) | Date: 1/20/04 |