## Chapter 1

## ORGANIZATION AND EXECUTIVE DIRECTION

**1.1. Mission Statement.** The mission of the Division of Immigration Health Services (DIHS) is to protect America by providing health care and public health services in support of immigration law enforcement.

**1.1.1. Mission.** The DIHS is responsible for protecting America's borders utilizing disease screening and prevention controls for the U.S. of Immigration and Customs Enforcement (ICE) detainees through administration of a comprehensive health care delivery system incorporating medical, mental health, dental and environmental health services. It serves as the primary focal point within the ICE for the planning, management, policy formulation, program coordination, direction, and liaison for all health matters pertaining to aliens detained by the ICE. The DIHS supports this mission by providing or arranging cost-effective health services for the delivery of direct primary care at ICE Service Processing Centers (SPCs) or at locations throughout the nation where ICE detainees are being held. It also arranges health care for detainees from sources within the local community when inpatient hospitalizations or specialty-care services are required, provides medical consultation and technical assistance to the ICE on detainee health care, and supplies medical escorts for international and domestic air transport operations.

**1.1.2. Spirit.** DIHS employees add dignity to a necessary process of detention, serving without fanfare at the forefront of public health protection for the American populace.

**1.1.3. Vision.** By 2008, we will be the benchmark for all detention health care systems. By 2008, we will be recognized as having the most prestigious, dynamic, and rewarding workplace within the PHS where all team members can make a difference.

**1.1.4. DIHS Priorities Balanced Scorecard (BSC).** The Balanced Scorecard is an organizational best practice. It is a simple way to depict those three to five major priorities where an organization needs to sustain its focus. The BSC for the DIHS focuses on the following:

- DIHS Employees - The people of the Division are our most important resource.
- Quality Health Services - This priority addresses the core business of the division, providing quality primary care to detainees in ICE custody.
- Costs - The Executive Council (EC) is acutely aware of its role as financial stewards of public funds. As such, the priority is to add value to the ICE.

**1.1.5. Goals:**
- To develop an integrated health care delivery system that enhances quality of care, promotes cost efficiency, and is outcome-oriented.
- To ensure that health services are of high quality, readily accessible, and appropriate.

**1.1.6. Objectives:**
- To intercept and prevent the introduction of communicable disease into the United States by

Blumberg No. 5208 EXHIBIT C

GOV 0010