**Date:** 1/22/2004 3:30 PM
**Sender:** William M Cleary
**To:** Michael T Phillips
**Priority:** Normal

Mike:
Could you please check on this guy
Bill

____________________ Forward Header ____________________

Author: Jay A Seligman
Date: 1/22/2004 1:25 PM

Sir,

I have had Duncan Nyanjong A# 76-480-523 in Columbia Care Center as of 1/01/03.
It has cost the service over $400,000 so far in care. With his medical condition, I may be able to have located in a nursing home. Can you please tell
me who I can contact in order to explore community placement. Thank you.

Jay

CHRIS' CASE, FILE CHARGED TO SWG.

Seligman 3
11/6/07 86

EXHIBIT
E

GOV 0261