Q. Legally obligated.

BY MS. DUNSMORE:

I don't have anything else for you, Mr. Cooley. Do you have any follow-up?

EXAMINATION BY MR. HARTDEGEN:

Q. Yes. Mr. Cooley, on exhibit Cooley 1, you indicated -- who filled this out, you or Mr. Seligman?

A. Commander Seligman did.

Q. Who marked permanently on Section H where it says requesting nursing home placement?

A. Commander Seligman.

Q. Am I correct that you and Mr. Seligman had conversations prior to his filling out this form and faxing it to you?

A. Yes, sir.

Q. What was your understanding of those conversations with Mr. Seligman?

A. That Mr. Nyanjong would be -- if we accepted him, he would be sent to our facility, and we never discussed him being temporarily. It was understood that he was suffering from HIV and that we both expected he probably didn't have too long to live.



EXHIBIT
Blumberg No. 5208
G

d0362280-1f3d-4aad-a9de-4f7d077754

had asked for a rate. He had told me the rate was good, and they would pay it. I told him -- jokingly, he said the Government is slow, but they will pay. So I never -- from my conversation, I never anticipated that Mr. Nyanjong would be cut off from his payer source in any manner. Otherwise, I wouldn't have accepted him.

Q. You felt confident the U.S. Government had the funds to pay?

A. Yeah. I felt like Commander Seligman and I had a good relationship going. This was kind of like a test. If everything went well, I could expect many more immigrants from him. Apparently we were saving the Federal Government quite a bit of money.

Q. You indicated that Mr. Nyanjong was the first patient while you were at Lakeland who was an ICE detainee?

A. Correct.

Q. Did anyone from ICE or DIHS -- or INS for that matter -- ever inform you that there was a possibility Nyanjong could be released from custody?

A. No, sir.

authority?

A. No.

Q. Did anyone with DIHS or ICE ever give you problems when you would request payment prior to Mr. Nyanjong being released from custody?

A. The only problem we ever had --

Q. Other than a delay in payment?

A. The only problem we ever had with payment would be if we were to type an invoice on letterhead and maybe would not include his authorization number or his agent ID number. They would let us know that. Then we would correct the form and send it in. It usually would have to pass through five or six hands before it was sent to a processing center.

Q. Explain to me again why in Mr. Nyanjong's case you considered the form 90-L to be a contract with the Government.

A. Well, because when we started our conversation about whether or not I would take Mr. Nyanjong, it was -- Commander Seligman wanted a rate that they could pay. We had discussed what would be included in the rate and what we could provide for him. When he