EHSF Form 90-L
Rev. 11/00

# REQUEST FOR MEDICAL ELIGIBILITY DETERMINATION

## I. RECIPIENT INFORMATION

SS #: 08-6804469 Medicaid #:

A. Recipient's Name: DUNCAN NYANJONG

Address (City, State, Zip Code, Parish): 7901 FARROW ROAD Columbia, SC 29203

C. Responsible Party/Curator: DIHS

Address (City, State, Zip Code, Parish): Managed Care Branch 1220 L STREET N.W., Suite 500 Washington, DC 20005

Telephone #:

Race: BLACK Sex: M

Medicare #:

Date of Birth: 6/5/57

Relationship:

Telephone #: 303-552-1845 x162

D. What are/were the living arrangements: • Own home • Relative's home • (Other) Immigration Facility

E. What previous institutional care (including nursing facilities) has this person received?

Facility: Columbia Care Center Date: 1/10/01

Facility: Date:

Facility: Date:

Facility: Date:

F. What Home/Community-based services have been used/considered: • ADHC • MR/DD • CC • PCA • ELDERLY • HH

G. Why were services not suitable? Pt in Immigration Custody

H. Requesting Nursing Home placement: • Temporarily • (Permanently) X

I. Applicant/~~Responsible Party Signature~~: LCDR JAY SELIGMAN 303-552-1845 x162 Date: 4/19/04

## II. LEVEL OF CARE DETERMINATION

Institutional care is provided under classifications dependent upon the type and/or complexity of care and services rendered, as well as, the amount of time required to render the necessary care and services. The attending physician must designate the required level of care by selecting the appropriate level below. This requirement also applies to applicants requesting home or community-based waiver services to allow for a determination of the level of institutional care that would otherwise be required. Please select one of the following levels of care:

A. • Intermediate Care II ( minimum care required) - Includes some aid in activities of daily living, diversionary activities, protection from hazards and/or a minimum

(B.) • Intermediate Care I (medium care required) - Includes need for nursing care to manage a plan of care and/or more assistance with extensive personal care, ambulation, and mobilization. Pt needs cueing for Bathing & ADLs

C. • Skilled Care (maximum care required) - Indicate special level, if indicated: • TDC • ID • NRTP (• Complex; • Rehab) Includes professional nursing care and assessment on a daily basis due to a serious condition which is unstable or a rehabilitative therapeutic regime requiring professional staff.

D. • ICF/MR - Requires active treatment of mental retardation or a developmental disability under supervision of a qualified mental retardation or developmental disability professional.

E. Is this person likely to need services in a medical facility (hospital, nursing facility, etc.) for at least thirty (30) consecutive days ? • (Yes) • No

F. Home/community based services are adequate to meet the needs of this patient. • Yes • (No)

G. COMMENTS:

PENGAD 800-631-6989 Seligman 8 11/2/07 803

EXHIBIT H Blumberg No. 5208

## III. MEDICAL INFORMATION

Recipient's Name:

A. Diagnosis: HIV E DEMENTIA

B. Medications:(Specify dosage, frequency, and route) ALLERGIES NKA

| | | |
|---|---|---|
| 1. AMBIEN 10 MG | 5. VICODENES 7.5 MG 750 | 9. |
| 2. Avandia 4 MG | 6. REFERENCE MAR | 10. |
| 3. COMBIVIR 150/300 MG | 7. | 11. |
| 4. Glucophage 500 MG | 8. | 12. |

C. Recent Hospitalizations: (include psychiatric) NONE

D. Mental Status/Behavior: check Yes or No. If Yes, indicate frequency: 1 = seldom; 2 = frequent; 3 = always

- Yes (1, (2), 3) • No 1. Oriented
- Yes (1, (2), 3) • No 2. Forgetful
- Yes ((1), 2, 3) • No 3. Depressed
- Yes (1, 2, 3) • (No) 4. Comatose
- Yes (1, (2), 3) • No 5. Confused
- Yes (1, 2, 3) • (No) 6. Wanders
- Yes (1, 2, 3) • (No) 7. Hostile
- Yes (1, 2, 3) • (No) 8. Combative

E. Activities of Daily Living: (check appropriate box)

- (1. Verbal)
- 2. Non-verbal
- 3. Bowel Incontinence
- 4. Dentures
- 5. Impaired vision
- 6. Impaired hearing
- 7. Bladder Incontinence
- 8. Urinary Catheter
- Glasses
- Hearing Aid

| SELF | ASSIST | TOTAL | |
|---|---|---|---|
| (•) | • | • | 10. Eating |
| • | (•) | • | 11. Bathing |
| • | (•) | • | 12. Personal |
| • | (•) | • | 13. Oral Hygiene |
| (•) | • | • | 14. Ambulation |

F. SPECIAL CARE/PROCEDURES: (check appropriate box: when appropriate give type, frequency, size, stage and site)

- 1. Ostomy care NA
- 2. Glucose Monitoring WEEKLY
- 3. Restraints NA
- 4. IV's NA
- 5. Suctioning NA
- 6. Specialized Rehab NA
- 7. MRSA NA
- 8. Diet/Tube Feeding NA
- 9. Dialysis NA
- 10. Respiratory NA
- 11. Decubitus NA
- 12. Other

G. PHYSICAL EXAMINATION: Height 5'7 Weight 138 Pulse 100 Resp 16 Temp 97.6 B/P 120/80

Lab Results: HCT 27.7 HGB 9.2 U/A negative Radiology chest x-ray 10/30/03 No evidence

General Good

Head and CNS Good

Mouth and EENT Good

Chest Good

Heart and Circulation Good

Abdomen Good

Genitalia Good

Extremities Good

Skin AREA BEHIND LEFT EAR (RESOLVED)

Other

H. Physician's Name (Type or Print) GUSTAVO CADAVID PHONE 305-552-1845 x 305

Address: 1801 SW 1?th Street, Miami, FL 33144 Date 19APR04

Physician's Signature [signature]