# UNITED STATES PUBLIC HEALTH SERVICE

**IMMIGRATION HEALTH SERVICES**
**TREATMENT AUTHORIZATION REQUEST**

---

**DETAINEE INFORMATION:**
Duncan Nyanjong
Auth Date: 05/11/2004
Date of Birth: 6/5/1957
Arrival Date: 1/10/2001

Alien ID: 76480523
Sex: Male
Country of Origin: Kenya

**JAIL INFORMATION:**
Lakeland Nursing Home
Pineville , LA

**INS Status**

- ☐ Hearing Pending
- ☐ FO Deportation
- ☐ TD Pending
- ☐ Appealing
- ☐ Exclusion
- ☑ Other

Court Date:

---

**REASON FOR REFERRAL:**
Requestor: seligman
ICD9 Code: -dementia/hiv
DRG Code: -
CPT/CDT: -
CPT/CDT: -
CPT/CDT: -
Patient Notes: Pt had dementia and will require nursing home assistance for adl's. The cost at Columbia Care Center is $335 a day while at Lakeland the charge will be $175 due to the HIV medication. Pt will arrive at nursing home on 5/12/04
INS Notified: Yes

---

Referred to:
Lakeland Nursing Home
81 Hillsdale Drive
Pinevillер, LA 71360
318-448-0141

Date of Appointment: 05/12/2004 Time of Appointment:

---

**AUTHORIZED ACTION:**
Status: **Approved** Authorization Number: **53311-0**
Reason For Denial / Request for Information:

Pay rate until discharged. Spoke with CDR wacha and will try to get deatinee on medicaid

Authorizing Officer: LCDR Jay Seligman

---

**Send claims to:** Immigration Health Services
1220 L Street, NW
PMB 468
Washington, DC 20005-4018
Phone: 1-800-479-0523
Fax: 1-866-475-9349

*Created: jseligman - 5/11/2004 1:22:53 PM* *Last Modified: jseligman - 5/11/2004 1:22:53 PM*

Seligman
7
1/12/07
PENGAD 800-631-6989

EXHIBIT
I
Blumberg No. 5208



GOV 0185