cases we
will quickly be at max capacity in a short period...we don't want to exceed max
capacity as we have an ACA audit the first part of May; going over capacity will
severely hurt us in this audit. The alternative is to place cases in non-DHS
jails at a high cost.

2. About the ACA audit, we have an ACA contract or agreement that needs to be
signed. Tim Perry's shop just funded the audit; who should sign the agreement
with ACA for ICE ?..timeliness is a factor, it is supposed to be signed by the
end of Feb. I am willing to sign it based on the funding.

3. I have not heard back from you on the MOU with CIS to share EEO resources in
a mutual ICE/CIS EEO advisory committee; there is a meeting scheduled 3/10 for
the program directors to move forward/or not on this effort.

4. We have a Kenyan national (was violent and dangerous), in a nursing home in
NOL...placed by PHS, after a stay in ccc, he has terminal illness (6 mos or
less to live); we have been paying the costs for the medical care, via PHS; but
since he is confined to a wheelchair, there is no likelihood of his danger to
the community. His sister and only family refuses to care for him, but he still
requires nursing home care. If we release him, there possibly be negative
press, as opposed to ICE paying high medical costs. His case has been admin
closed by an IJ pending medical treatment; because he is St Cyr eligible, he is
eligible for a bond.....

I recommend releasing him O.R. after providing sufficient notice to the nursing
home of our intention and to provide them sufficient time to find another
location for him or obtain other funding source to pay for his care.

Bill

William M. Cleary
Field Office Director
Detention and Removal
Buffalo, NY 14202

OFC: (716) 551-4741 ext:1-2530#
FAX: (716) 551-5628
Cell: (716) 583-0093

-----Original Message-----
From: Lee, Wesley J
Sent: Thursday, February 24, 2005 4:51 PM
To: Smith, Ronald J; Crawford, Phillip C; Kee, Gloria S; Garcia

PENGAD 800-631-6989 Seligman 9 11/5/07 SB

Blumberg No. 5208 EXHIBIT K

GOV 0220

**Date:** 2/28/2005 11:58 AM
**Sender:** William M Cleary
**To:** James J Creahan; Charles Mule'; Michael T Phillips
**Priority:** Normal
**Subject:** FW: SPC operational capacity

fyi

-----Original Message-----
From: Lee, Wesley J
Sent: Monday, February 28, 2005 11:33 AM
To: Cleary, William M
Cc: Perry, Timothy L
Subject: RE: SPC operational capacity

1. and 1a. We need to keep our SPCs at operational capacity. If Batavia is full and there is a Charter flight then you can go to Emergency capacity for a short period of time. You can also surge out to IGSAs for a short time if needed.

2. Call Tim Perry.

3. go ahead with MOU.

4. I concur with your recommendation. Keep Tim Perry and Jay Brooks in the loop.

-----Original Message-----
From: Cleary, William M
Sent: Monday, February 28, 2005 10:57 AM
To: Lee, Wesley J
Subject: RE: SPC operational capacity

Wes:
Several issues below....

1. Regarding SPC capacity at Batavia; we have recently reduced the BTV population with the expectation of receiving a large number of releases from the New York State prison system...that was supposed to occur Feb 01, but because NYC was unable to send us the files due to their move to Castle Point, BUF's pickups, with the exception of CPDO's, have been pushed back to April 01 (we are still not receiving files, NYC said they will send the files soon but they are still unpacking, and some file cabinets are not accessible)....Assuming an April 01 start up for BUF, we need the files now to give the State 3 weeks notice to schedule the releases at Orleans Correctional...I'll be working on this issue this week. John Longshore is aware of our file issue.

1.a. I've been advised that there is a Nigerian Charter flight scheduled out of Buffalo in April...with the NYDOCS start-up and the influx of Nigerian

; Rozos, Michael D; Jolicoeur, Robert E; Moore, Marc J; Cleary, William
M
Cc: Perry, Timothy L; Robertson, George
Subject: SPC operational capacity

Your SPCs need to be brought up to the operational capacity but do not increase
your current AOR bed total. We are looking at efficiancies by taking detainees
out of higher cost beds and placing them in available beds at our SPCs. We are
also looking at moving BIA and possible POCR cases out of high cost beds to lower cost beds across the Country. More to follow.

--------------------------

Sent from my BlackBerry Wireless Handheld