**Seligman, Jay A**

**From:** Seligman, Jay A
**Sent:** Monday, April 04, 2005 8:11 AM
**To:** Shack, Timothy T; Johnson, Geralyn S; Wacha, Steve; Cadavid, Gustavo I; Feldesman, Geoff
**Cc:** DeBarros, JeanPierre

Geoff,

Duncan Nyanjong A# 76 480 523 was released from ICE custody on April 1, 2005. DIHS has been paying for his care at Lakeland Nursing Home phone number 318-448-0141. Please do not pay for any care after 1 APR 05.

I was working with the nursing home administrator to assist him with finding alternative funding to pay for his care. Hopefully, he will be able to secure funding.

Please call me if you have any questions.

Commander Jay Seligman, LCSW
National Mental Health Coordinator
Division of Immigration Health Services
Miami, Florida
Office:305-552-1845 x162
Fax: 305-552-7964



800-631-6989 Seligman 10 EXHIBIT

Blumberg No. 5208 EXHIBIT L

GOV 0158