## ORDER TO DETAIN OR RELEASE ALIEN

To: (NAME and TITLE of Person in Charge of Facility)
Chief Administrator

(Name of Facility)
Lakeland Nursing Home, Pineville, LA

| Please ☐ Detain ☒ Release | Date | Time |
|---|---|---|
| | 4/1/05 | |

| Name of Alien | File Number |
|---|---|
| NYANJONG, Duncan | A76 480 523 |

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| 47 | 6/5/1957 | male | Kenya | Kenya |

| Nature of Proceedings | Signature of Officer Receiving or Releasing Alien |
|---|---|
| Removal Proceedings | |

**REMARKS:**
Per conversation with Mr. Cooley, this subject is being released from custody.

Call 716-551-4741, x2545 for questions

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| [signature] | Deportation Officer | Buffalo, NY |

Form 1-203 (Rev. 7-15-78) Y
UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

## ORDER TO DETAIN OR RELEASE ALIEN

To: (NAME and TITLE of Person in Charge of Facility)

(Name of Facility)

| Please ☐ Detain ☐ Release | Date | Time |
|---|---|---|
| | | |

| Name of Alien | File Number |
|---|---|
| | |

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| | | | | |

| Nature of Proceedings | Signature of Officer Receiving or Releasing Alien |
|---|---|
| | |

**REMARKS:**

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| | | |

Form 1-203 (Rev. 7-15-78) Y
UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

GC EXHIBIT M