# National Mental Health Coordinator (NMHC)

## Position Description

The United States Public Health Service is tasked by the Immigration and Customs Enforcement (ICE) to provide direct medical, mental health and short stay unit care to detainees. It is the responsibility of the NMHC to adhere to National Policies and Procedures as stated in the ICE Health Services Division Polices and Procedures Manual regarding the following areas:

1. **Case Management**

- Receive written treatment authorization requests for off-site and/or non-routine mental health care services from DIHS Managed Care Coordinators.
- Function as a reviewer to determine mental health necessity and appropriateness of requested services by consulting clinical guidelines established by the Chief Medical Director of the DIHS.
- Refers treatment authorization requests that do not meet criteria for approval to the Mental Health Consultant and Medical Director for final review and determination.
- Informs the originator of treatment authorization request (TAR) of all final determinations.
- Monitors utilization reviews at Columbia Care Center at least every 72 hours , maintaining a record of all pertinent information (point of contact at the hospital, patient identification and alien number, current and projected health status and discharge date projection).
- As needed, provide authorization for further treatment beyond that established by the Medicaid DRGs. The Mental Health Consultant must approve authorization.
- Provides support and assistance to ICE in placing detainees with special mental health needs in appropriate facilities.
- Conducts site visits to long term psychiatric care facilities where DIHS beneficiaries are housed (i.e. Columbia Care Center) to look at appropriateness of care and to provide information to medical staff regarding policies and procedures of DIHS.

2. **Community Liaison Services**

- Serves as liaison with community resources and other agencies in coordinating referrals, pending a detainee's release into the community.
- Networks with a variety of offices in the resolution of management of cases.
- Contributes to the development of social policy.
- Improves the scope and capacity of delivery systems.

3. **Assessment and Treatment Planning Functions**

- Interviews patient, reviews appropriate medical and legal records, and reviews functioning to determine the patient's psychosocial status and related needs.

GO EXHIBIT N
Blumberg No. 5208

- With proper credentialing and the approval of the Mental Health Consultant the NMHC may provide psychotherapy.

**4. Authority and Responsibility**

- The incumbent works as an independent provider of mental health services. The incumbent is expected to oversee the mental health care of those detained in long term mental health treatment facilities. The incumbent shall also have responsibility for the development and implementation of national mental health operating procedures.

**5. Education and Training Required**

- The incumbent shall have a master's degree with major course work in behavioral science.
- The incumbent must possess the highest level or independent practitioner level from the state where the case manager hold licensure.
- As the work requires a high degree of professional and personal integrity and emotional stability, the incumbent must be familiar with various patient care fields of mental health, especially forensic, case management, and clinical.
- The incumbent shall maintain his/her continuing professional education by completion of training to keep professional licensure and to meet the needs of the DIHS and ICE.
- The incumbent must be capable of respecting and protecting the confidential nature of his/her work. Additionally, the incumbent must exert a high degree of initiative and creativity. The incumbent must be able to coordinate widely diverse activities that contribute to an integrated result. He/she must be reliable and demonstrate good judgment, as his/her performance will normally have profound effects on the detainees and their involvement with the US Government.

**6. Guidelines**

- The work guidelines for the position are available in the Policy and Procedures Operational Manuals addressing administrative and health care issues. The incumbent shall use professional judgment in interpreting and applying guidelines to clinical practice. The Mental Health Consultant and the Medical Director may provide consultation as needed.

**7. Scope and Effect**

- The combined forensic and clinical aspects of work effects the mental health and general well being of the detainees, as well as the prevention of the introduction potentially dangerous individuals into the community.

**8. Personal Contacts**

- Personal contacts are with detainees, private security agents, ICE staff, contract health care providers, and other individuals from a variety of state and federal government agencies involved with ICE detainees.

**9. Mobility Demands**

- The incumbent is subject to short term relocation (i.e. TDY) at the discretion of DIHS.

**10. Supervisory Controls**

- For reporting and evaluation purposes the Supervisory Managed Care Coordinator and the Mental Health Consultant. Reviewing official shall be the DIHS Medical Director.

**11. Work Environment**

- Work normally takes place in an ICE detention center and the hours of work shall be from 0730 to 1600. The hours of work may be modified with the consent of the Mental Health Consultant.
- Work normally takes place in an ICE Detention Facility

**12. Other Duties**

- The incumbent may be assigned other duties as may be required by the Medical Director and Mental Health Consultant. These may include participation in monthly mental health meetings and presentations to ICE/DIHS staff of annual trainings and other trainings as needed.

**13. Evaluation and Monitoring**

- Competencies will be assessed at the completion of orientation. Peer review will be conducted on a quarterly basis.

**14. Back-up coverage**

- The Managed Care Branch is responsible for back-up coverage for the National Mental Health Coordinator.