DEFENDANT'S RESPONSES

DOCUMENT REQUEST NO. 1:

Please provide any and all contracts between the United States government and CRAssociates, Inc. for the period of January 1, 2002 through December 31, 2005.

Response:

Documents responsive to this request are produced at Bates Nos. GOV 0322-0533.

DOCUMENT REQUEST NO.2:

Please provide a copy of the file on Duncan Nyanjong in the possession of the United States government, including but not limited to, the United States Department of Homeland Security, United States Immigration and Customs Enforcement, and the United States Department of Health & Human Services.

Response:

Defendant objects that the phrase "file" is vague and ambiguous. Subject to this objection, documents responsive to this request were previously produced at Bates Nos. GOV 0088-0321.

DOCUMENT REQUEST NO. 3:

Please provide copies of any and all documents pertaining or relating to the United States government's decision in or about 2005 to seek a release from custody for Duncan Nyanjong.

Response:

Defendant objects that the phrase "pertaining or relating to" is vague and ambiguous. Defendant further objects that this request seeks documents not relevant to any claim or defense of any party. Subject to these objections, documents responsive to this request were previously



EXHIBIT
Blumberg No. 5208
6

produced at Bates Nos. GOV 0214-218, 220.

DOCUMENT REQUEST NO. 4:

Please provide copies of any and all records pertaining or relating to any court proceedings, hearings and/or proceedings pertaining or relating to the order of release on recognizance of Duncan Nyanjong on or about April 1, 2005.

Response:

Defendant objects that the phrase "pertaining or relating to" is vague and ambiguous. Defendant further objects that this request seeks documents not relevant to any claim or defense of any party. Subject to these objections, defendant states that it is not aware of any such documents.

DOCUMENT REQUEST NO. 5:

Please provide a copy of File No. A76480523 in the possession of the United States government.

Response:

Documents responsive to this request were previously produced at Bates Nos. 0240-0321.

DOCUMENT REQUEST NO. 6:

Please provide any and all documents which in any way refer, relate to, or indicate that Lakeland Nursing Home was advised that any payments for the care of Duncan Nyanjong would cease upon his "release" from custody of the United States government.

Response:

Defendant objects that the phrase "in any way refer, relate to, or indicate" is vague and ambiguous. Subject to this objection, documents responsive to this request were previously