HYMEL DAVIS & PETERSEN, LLC
ATTORNEYS AND COUNSELORS AT LAW
10602 COURSEY BLVD.
BATON ROUGE, LOUISIANA 70816

TIM P. HARTDEGEN †
ATTORNEY

thartdegen@hymeldavis.com
† Also licensed in Georgia

INTERNET www.hymeldavis.com

TELEPHONE: (225) 298-8118
FACSIMILE: (225) 298-8119

April 10, 2007

Carrie Dunsmore
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

Re: Lakeland Partners, L.L.C. d/b/a Lakeland Nursing Home
vs. The United States; U. S. Court of Claims; No. 06-295
Our File No.: 06-1015

Dear Ms. Dunsmore:

We previously propounded discovery to the United States requesting any and all documents relating to the release of Duncan Nyanjong on or about April 1, 2005, including any documents related to any proceedings regarding his release. *See* Plaintiff's Request for Production of Documents, No. 4. In its response, the United States indicated that it was "not aware" of any such documents. It is my understanding that certain procedures must be followed before a detainee can be released from custody. Accordingly, please confirm that you have engaged in a thorough search for such documents and that the United States possesses no such documents.

Additionally, Mr. Davis would like to depose Mr. Seligman. Please provide me with dates upon which you are available to attend his deposition.

Please let me know if you have any questions or need any additional information.

Sincerely,

Tim P. Hartdegen

EXHIBIT
P
Blumberg No. 5208