*Office of the Principal Legal Advisor*

U.S. Department of Homeland Security
425 I Street, NW, Room 6100
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

September 17, 2007

Tim P. Hartdegen, Esq.
Hymel Davis & Petersen, LLC
10602 Coursey Blvd.
Baton Rouge, LA 70816

Re: Lakeland Partners, L.L.C. d/b/a Lakeland Nursing Home v. United States, U.S. Court of Claims No. 06-295C

Dear Mr. Hartdegen:

This letter is in response to your letter dated April 10, 2007, requesting confirmation that Immigration and Customs Enforcement (ICE) has engaged in a thorough search for documents related to Plaintiff's Request for Production of Documents, Question No. 4. This letter confirms that ICE conducted a thorough search for documents and has already produced any relevant documents to the Plaintiff. We are unaware of any other documents that pertain to this matter; however, should any documents come to light during deposition, ICE will immediately provide those documents to the Plaintiff.

Should you have any additional questions or concerns, please do not hesitate to contact Government's counsel, Carrie Dunsmore.

Sincerely,

Jennifer L. Longmeyer-Wood
Assistant Legal Advisor

cc: Carrie Dunsmore, AUSA

EXHIBIT

Blumberg No. 5208