for. Mr. Nyanjong

U.S. Department of Justice
Immigration and Naturalization Service

# Order of Release on Recognizance

File No: A76 480 523
Date: 02/23/2005

Name: NYANJONG, Duncan

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Immigration and Naturalization Service or the Executive Office for Immigration Review.

☐ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to CHRISTOPHER JACOBS, DEPORTATION OFFICER
(Name and Title of Case Officer)
at FEDERAL CENTER, 130 DELAWARE AVENUE, BUFFALO, NY on APRIL 1, 2005 at 10:00 AM
(Location of INS Office) (Day of each week or month) (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☐ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State, or Federal laws or ordinances.

☐ You must assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☒ Other: (CONTINUED ON ATTACHED SHEET)

☐ See attached sheet containing other specified conditions. (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Immigration and Naturalization Service.**

[signature]
(Signature of INS Official)

for WILLIAM CLEARY, FIELD OFFICE DIRECTOR,DRO
(Printed Name and Title of Official)

## Alien's Acknowledgement of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ______ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Immigration and Naturalization Service may revoke my release without further notice.

[signature] DO.
(Signature of INS Official Serving Order) (Signature of Alien) (Date)

## Cancellation of Order

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal.
(Signature of INS Official Canceling Order) (Date)

Form I-220A (Rev. 4-1-97)N

GO

EXHIBIT R