IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, L.L.C.<br>d/b/a LAKELAND NURSING HOME,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-295C<br>(Judge Sweeney) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 3, 2008, to file a response to plaintiff's motion in limine, and to and including May 17, 2008, to file a response to plaintiff's partial motion for summary judgment. Our response is to plaintiff's motion in limine is currently due on April 3, 2008; our response to plaintiff's motion for summary judgment is currently due on April 17, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiffs' counsel stated that plaintiff does not oppose this enlargement, but requests an equal 30-day enlargement to respond to defendant's motion for summary judgment. Accordingly, we additionally request that plaintiff's response to defendant's motion for summary judgment, currently due on April 17, 2008, be due on May 17, 2008.

The enlargement is requested because counsel of record's current workload, which includes litigating the bid protest Allied Materials & Equipment Co. Inc. v. United States, Court of Federal Claims No. 2008-151, including drafting a motion for judgment on the administrative

record, due March 28, 2008, a response brief due April 8, 2008, a reply brief due April 10, 2008, and participating in an oral argument on April 11, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including May 3, 2008, to file a response to plaintiff's motion in limine; to and including May 17, 2008 for defendant to file a response to plaintiff's partial motion for summary judgment; and to and including May 17, 2008 for plaintiff to file a response to defendant's motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

March 18, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 18nd day of March, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore