# In the United States Court of Federal Claims

No. 06-295 C
(Filed: March 18, 2008)

| | |
|---|---|
| LAKELAND PARTNERS, L.L.C. d/b/a LAKELAND NURSING HOME, Plaintiff, | * |
| v. | * |
| THE UNITED STATES Defendant. | * |

## ORDER

On March 18, 2008, defendant filed an Unopposed Motion for an Enlargement of Time. In its motion, defendant requests a thirty (30) day enlargement of time, to and including May 3, 2008, to file a response to plaintiff's motion in limine, and to and including May 17, 2008, to file a response to plaintiff's partial motion for summary judgment. Defendant's responses to plaintiff's motion in limine and partial motion for summary judgment are currently due on April 3, 2008, and April 17, 2008, respectively. Defendant represents that this is its first request for an enlargement for this purpose and that plaintiff does not oppose this enlargement. Defendant also requests, on behalf of plaintiff, an equal thirty (30) day enlargement of time, to and including May 17, 2008, to respond to defendant's motion for summary judgment. Plaintiff's response is currently due on April 17, 2008.

Defendant states that an enlargement is necessary due to its counsel's caseload, which includes litigating a bid protest recently filed in this court. The court determines that defendant's requests, both for itself and on behalf of plaintiff, are not unreasonable. **Accordingly, defendant's motion is GRANTED. Defendant's response to plaintiff's motion in limine shall be filed no later than May 3, 2008, and its response to plaintiff's partial motion for summary judgment shall be filed no later than May 17, 2008. Plaintiff's response to defendant's motion for summary judgment shall be filed no later than May 17, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge