# In the United States Court of Federal Claims

No. 06-295 C
(Filed: March 20, 2008)

| | |
|---|---|
| LAKELAND PARTNERS, L.L.C. d/b/a LAKELAND NURSING HOME, Plaintiff, | * |
| v. | * |
| THE UNITED STATES Defendant. | * |

## ORDER

On March 17, 2008, defendant a motion for summary judgment (document # 27) and proposed findings of uncontroverted facts (document #28). Plaintiff filed combined motions in limine and for partial summary judgment (document #30) and a separate memorandum pertaining to both motions (document #31). The Clerk of the Court noted deficiencies with these filings. With respect to defendant's motion (document #27), although defendant included a table of contents or index for its appendix at the beginning of its memorandum pursuant to RCFC 5.3(a)(1)(A), it did not include the same table of contents or index for its appendix at the beginning of the appendix as required by RCFC 5.3(a)(1)(G). Additionally, defendant utilized the "statement of facts" event, rather than the "proposed findings of uncontroverted facts" event, when it filed its proposed findings of uncontroverted facts (document #28).

With respect to plaintiff's motions, the Clerk of the Court noted that each motion should have been filed separately rather than combined into one motion. Additionally, the combined memorandum omitted an index to the exhibits as required by RCFC 5.3(a)(1)(A) and should have been attached to the combined motion as required by RCFC 7(b).

Despite these deficiencies, the court determines that they are harmless. **Accordingly, the Clerk of the Court is directed to file defendant's motion for summary judgment (document # 27) and proposed findings of uncontroverted facts (document #28), as well as plaintiff's combined motions in limine and for partial summary judgment (document #30) and combined memorandum (document #31), by leave of the court. The parties' response deadlines, as set forth in the court's March 18, 2008 order remain unchanged.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge