# EXHIBIT A

Confirmation Report – Memory Send

Page : 001
Date & Time: Apr-01-05 07:27
Line 1 : +716 551 5628
Line 2 :
Machine ID : USINS BUF DETENTION & REMOVAL

| | | |
|---|---|---|
| Job number | : | 539 |
| Date | : | Apr-01 07:26 |
| To | : | ☎913184489772 |
| Number of pages | : | 002 |
| Start time | : | Apr-01 07:26 |
| End time | : | Apr-01 07:27 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number : 539 *** SEND SUCCESSFUL ***

# FAX

*TO:*
ATTENTION: Janice
LOCATION: Lakeland Nursing Home
FAX #: 318-448-9772
DATE: ~~[illegible]~~ 4/1/05

*FROM:*
U.S. DEPARTMENT OF HOMELAND SECURITY
DETENTION AND REMOVAL OPERATIONS
130 DELAWARE AVENUE.
BUFFALO, N.Y. 14202
*PHONE (716) 551-4741 EXT. 2500*
*FAX (716) 551-5628*

*CONTACT PERSON* Christopher Jacobs

*PHONE EXTENSION* 2545

*REMARKS:* ☑ *URGENT* ☐ *FOR YOUR REVIEW* ☐ *REPLY ASAP* ☐ *PLEASE COMMENT*

MESSAGE

We are releasing Mr. Nyanjang from custody
the form I-203 is the order releasing him
and the form I-220A is his copy

TOTAL PAGES FAXED INCLUDING THIS PAGE = 3



GOV 0214

Case 1:06-cv-00295-EJD Document 27-2 Filed 03/17/2008 Page 44 of 69

# FAX

***TO:***
ATTENTION: Janice
LOCATION: Lakeland Nursing Home
FAX #: 318-448-9772
DATE: ~~[illegible]~~ 4/1/05

***FROM:***
**U.S. DEPARTMENT OF HOMELAND SECURITY**
**DETENTION AND REMOVAL OPERATIONS**
**130 DELAWARE AVENUE**
**BUFFALO, N.Y. 14202**
*PHONE (716) 551-4741 EXT. 2500*
*FAX (716) 551-5628*

*CONTACT PERSON* Christopher Jacobs

*PHONE EXTENSION* 2545

*REMARKS:* ☒ *URGENT* ☐ *FOR YOUR REVIEW* ☐ *REPLY ASAP* ☐ *PLEASE COMMENT*

**MESSAGE**

We are releasing Mr. Nyanjong from custody the form I-203 is the order releasing him and the form I-220A is his copy.

TOTAL PAGES FAXED INCLUDING THIS PAGE = 3

## ORDER TO DETAIN OR RELEASE ALIEN

| | | | | | |
|---|---|---|---|---|---|
| To: (NAME and TITLE of Person in Charge of Facility)<br>Chief Administrator | | | | | |
| (Name of Facility)<br>Lakeland Nursing Home, Pineville, LA | | | | | |
| Please ☐ Detain ☒ Release | | | | Date<br>4/1/05 | Time |
| Name of Alien<br>NYANJONG, Duncan | | | | File Number<br>A76 480 523 | |
| Age<br>47 | Date of Birth (Mo./Day/Yr.)<br>6/5/1957 | Sex<br>male | Nationality<br>Kenya | Foreign Address<br>Kenya | |
| Nature of Proceedings<br>Removal Proceedings | | | Signature of Officer Receiving or Releasing Alien | | |
| REMARKS:<br>Per conversation with Mr. Cooley, this subject is being released from custody.<br><br>Call 716-551-4741, x2545 for questions | | | | | |
| Signature of Officer Authorizing Action | | | Title<br>Deportation Officer | Office<br>Buffalo, NY | |

Form 1-203 (Rev. 7-15-78) Y
UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

## ORDER TO DETAIN OR RELEASE ALIEN

| | | | | | |
|---|---|---|---|---|---|
| To: (NAME and TITLE of Person in Charge of Facility) | | | | | |
| (Name of Facility) | | | | | |
| Please ☐ Detain ☐ Release | | | | Date | Time |
| Name of Alien | | | | File Number | |
| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address | |
| Nature of Proceedings | | | Signature of Officer Receiving or Releasing Alien | | |
| REMARKS: | | | | | |
| Signature of Officer Authorizing Action | | | Title | Office | |

Form 1-203 (Rev. 7-15-78) Y
UNITED STATES DEPARTMENT OF JUSTICE-Immigration and Naturalization Service

for Mr. Nyanjong

U.S. Department of Justice
Immigration and Naturalization Service

## Order of Release on Recognizance

File No: A76 480 523
Date: 02/23/2005

Name: NYANJONG, Duncan

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Immigration and Naturalization Service or the Executive Office for Immigration Review.

☐ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to CHRISTOPHER JACOBS, DEPORTATION OFFICER
(Name and Title of Case Officer)
at FEDERAL CENTER, 130 DELAWARE AVENUE, BUFFALO, NY on APRIL 1, 2005 at 10:00 AM
(Location of INS Office) (Day of each week or month) (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☐ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State, or Federal laws or ordinances.

☐ You must assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☒ Other: (CONTINUED ON ATTACHED SHEET)

☐ See attached sheet containing other specified conditions. (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Immigration and Naturalization Service.**

[signature]
(Signature of INS Official)

for WILLIAM CLEARY, FIELD OFFICE DIRECTOR,DRO
(Printed Name and Title of Official)

### Alien's Acknowledgement of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ______ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Immigration and Naturalization Service may revoke my release without further notice.

[signature] DO.
(Signature of INS Official Serving Order) (Signature of Alien) (Date)

### Cancellation of Order

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal.
(Signature of INS Official Canceling Order) (Date)

Form I-220A (Rev. 4-1-97)N

# EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAKELAND PARTNERS, LLC,<br>d/b/a LAKELAND NURSING HOME<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case Number: Fed. Cl. 06-295C |

DECLARATION OF CHRISTOPHER M. JACOBS

I, Christopher M. Jacobs, do hereby declare and state under the penalty of perjury:

1. I am over eighteen years of age. I am currently employed as a Deportation Officer, Buffalo Field Office. I have been employed in that capacity for over 12 years.

2. I have reviewed the documents, labeled GOV 0214-217, which a copy of the order to release Mr. Duncan Nyanjong from Government custody. I faxed these documents to the Lakeland Nursing Home on April 1, 2005 under the direction of James J. Creahan, Deputy Field Office Director. Per conversation with Deputy Field Office Director Creahan, the decision to release Mr. Nyanjong was made at Headquarters, Immigration and Customs Enforcement, Detention and Removals.

3. These documents are authentic copies of the release forms in this case. They are true and accurate, and are sufficient to release Mr. Nyanjong from Government custody. Accordingly, Mr. Nyanjong was released from Government custody as on April 1, 2005. The form I-220A Order to Release on Recognizance was also

sent via facsimile. This document sets conditions for the alien to abide by upon release from custody.

4. Mr. Nyanjong was properly released from Government custody because it was determined that he was no longer a danger to himself or the community. Mr. Nyanjong was properly released in accordance with these statutes. The fact that Mr. Nyanjong did not demonstrate that he was likely to appear for any scheduled proceedings or interview did not void his release as upon communication with officials at the Lakeland Nursing Home, I was advised that Mr. Nyanjong was terminally ill and unable to walk, speak or eat.

5. The Order to Detain or Release Alien form is complete with only my signature. It is not necessary for two officers to sign this form. This form requires a signature for the officer directing the action. The officer can either order that the subject is detained in the care and custody of the accepting facility or released from the custody of the facility. This form is generally used as a means to track an alien movement while under non-service detention.

6. The Order to Detain or Release Alien form indicates that removal proceedings occurred in this matter. I have personal knowledge that removal proceedings occurred. Mr. Nyanjong was placed into removal proceedings at Albany, New York on December 12, 2000. He was transferred from Albany to the Buffalo Federal Detention Facility in Batavia, New York. He was detained in custody of the Immigration and Naturalization Service and was present for removal hearings. Mr. Nyanjong attended removal proceedings until January 9, 2001 when The Immigration Judge administratively closed his case due to his medical condition.

7. The Order to Release on Recognizance is accurate and complete as filed. Mr. Nyanjong was removed from custody on or about April 1, 2003. This document released him from the care and custody of Immigration and Customs Enforcement. The form Order to Release on Recognizance directs an individual to report to Immigration and Customs Enforcement in accordance with the conditions listed on the document.

8. On April 1, 2005, the Government released Duncan Nyanjong from Government custody, the release from custody is evidenced in the form I-203, directing Lakeland Nursing Home to release Mr. Nyanjong from custody. His Immigration case was pending before the Executive Office for Immigration Review, but had been removed from the docket.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date 5/4/08

Christopher M. Jacobs
Deportation Officer
Buffalo Field Office