subsection I, "Applicant/Responsible Party Signature," is that your handwriting?

A That is.

Q Okay. And the date was 4/19 of '04, correct?

A Correct.

Q Okay. I notice the responsibility party is marked through. Did you do that?

A I believe so.

Q Did you do that to indicate that Jay Seligman was not the responsible party?

A That's correct.

Q I can't blame you on that.

In subsection I you circled -- in the inquiry requesting nursing home placement you circled permanently, correct?

A In H?

Q H, yes.

A That's correct.

Q Did you fill out subsection II as well?

A Subsection II. Yes, all the way until the signature on the bottom.



Blumberg No. 5208 EXHIBIT T