that didn't work out, correct?
A That's correct.
Q Knowing that there were no alternative funding sources and knowing that there was no alternative placement for Duncan, did you then try or push to get Duncan discharged from ICE custody?
A No.
Q Did you have anything to do with that?
A No.
Q Did you agree with that, and by that I mean getting Duncan discharged, while he's still in the nursing home?
A Okay. Let's get this -- drop the detainer? Is that what you're referring to? Discharge is a medical term. Dropping the detainer is the legal immigration status. So can you pose your question again?
Q Absolutely.
A Thank you.
Q And actually, you're correct, I used discharged, discharged from the custody of ICE or INS, and you'd prefer the term "released"?



EXHIBIT
Blumberg No. 5208
U