# In the United States Court of Federal Claims

No. 06-295 C
(Filed: September 12, 2008)

***********************************
LAKELAND PARTNERS, L.L.C. *
d/b/a LAKELAND NURSING HOME, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

By order dated September 5, 2008, the court directed plaintiff to file a memorandum regarding waiver or forfeit of its right to conduct discovery pursuant to RCFC 56(f) and indicating whether plaintiff intended to file a motion for discovery pursuant to RCFC 56(f). On September 9, 2008, plaintiff filed a combined memorandum and motion for discovery. Plaintiff did not, however, seek leave prior to filing its motion for discovery. Nevertheless, the court permits plaintiff's motion. **Accordingly, the Clerk of the Court is directed to file plaintiff's memorandum and motion for discovery, document #46, by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge