# In the United States Court of Federal Claims

No. 06-295 C
(Filed: September 12, 2008)

************************************
LAKELAND PARTNERS, L.L.C. *
d/b/a LAKELAND NURSING HOME, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Before the court is defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Discovery and Memorandum ("motion"). In its motion, defendant requests a fourteen (14) day extension of time, to and including October 7, 2008, within which to respond to plaintiff's motion. Defendant's response is currently due September 23, 2008, and defendant represents that this is its first request for an extension of time for this purpose. Defendant states that its counsel was unable to reach plaintiff's counsel to determine whether plaintiff opposes the instant motion. The court finds that a response from plaintiff to the instant motion is unnecessary.

Defendant's counsel was assigned to this case on September 11, 2008, the date on which defendant's counsel filed a notice of appearance and the instant motion. According to defendant, its new counsel was not previously informed that she would be assigned to this case and was previously scheduled to be out of the office on vacation until September 29, 2008. Defendant's previous counsel is unavailable during this time period due to her impending maternity leave. Given the timing of counsel's reassignment to this case, defendant's request for an enlargement of time is reasonable. **Accordingly, defendant's motion is GRANTED. Defendant shall file a response to plaintiff's motion for discovery by no later than Tuesday, October 7, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge